KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendants ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, and ARROWSIDE VENTURES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>        Plaintiff,<br><br>  v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II, LLC,<br><br>        Defendants. | Case No. 4:22-cv-02010-DMR<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Judge: Magistrate Judge Donna M. Ryu |

**TO THE COURT, PLAINTIFF STACY CHANG, AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that counsel listed below is hereby appearing as counsel of record on behalf of Defendants ARROWSIDE CAPIAL, LLC, ARROWSIDE FUND GP, LLC, and ARROWSIDE VENTURES, LLC in the above-captioned matter.

>Kevin Jackson
>kjackson@foley.com
>FOLEY & LARDNER LLP
>11988 El Camino Real, Suite 400
>San Diego, CA 92130-3302
>Telephone:   858.847.6700
>Facsimile:   858.792.6773

DATED:  May 26, 2022              **FOLEY & LARDNER LLP**
                                  Kevin Jackson


                                  /s/ Kevin Jackson
                                  Kevin Jackson
                                  Attorneys for Defendants ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, and ARROWSIDE VENTURES, LLC