**JACK W. WEAVER, ESQ.  (SBN 278469)**
**WELTY, WEAVER & CURRIE, PC**
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
Facsimile: (707) 473-9778


Attorneys for Defendants
Carlos Cashman, Arrowside Ventures, LLC and
Cashman Family Investments II, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG, | CASE NO. 4:22-CV-02010-DMR |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE OF COUNSEL** |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II, LLC, | |
| Defendants. | |

**TO THE COURT, PLAINTIFF STACY CHANG, AND HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that counsel listed below is hereby appearing as counsel of record on behalf of Defendants CARLOS CASHMAN, ARROWSIDE VENTURES, LLC AND CASHMAN FAMILY INVESTMENTS II, LLC in the above-captioned matter.

Jack W. Weaver, Esq.
Jack@weltyweaver.com
WELTY, WEAVER & CURRIE, P.C.
3554 Round Barn Blvd., Ste. 300
Santa Rosa, CA 95403
Telephone: (707) 433-4872
Facsimile: (707) 473-9778

Dated: 6/6/2022                                    WELTY, WEAVER & CURRIE, P.C.

By: _____
    Jack W. Weaver, Esq.
    Attorney for Defendants Carlos Cashman,
    Arrowside Ventures, LLC and
    Cashman Family Investments II, LLC

WELTY, WEAVER & CURRIE, P.C.
3554 Round Barn Blvd., Suite 300 Santa Rosa, CA 95403
Telephone: (707) 433-4842   Facsimile (707) 473-9778

2
**NOTICE OF APPEARANCE OF COUNSEL**