JACK W. WEAVER, CA Bar No. 278469
  jack@weltyweaver.com
**WELTY, WEAVER & CURRIE, P.C.**
3554 ROUND BARN BLVD., STE 300
SANTA ROSA, CA 95403
TELEPHONE:  707.433.4842

JEFFREY T. COLLINS
APPEARANCE PRO HAC VICE
  jcollins@morganbrown.com
**MORGAN BROWN & JOY, LLP**
200 STATE STREET
BOSTON, MA 02109
TELEPHONE: 617-523-6666

Attorneys for Defendants CARLOS CASHMAN, ARROWSIDE VENTURES LLC and CASHMAN FAMILY INVESTMENTS II LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>           Plaintiff,<br><br>     v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II, LLC,<br><br>           Defendants. | Case No. 3:22-cv-02010-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CARLOS CASHMAN, ARROWSIDE VENTURES LLC AND CASHMAN FAMILY INVESTMENTS II LLC NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT UNDER FRCP 12(E)**<br><br>Date:           August 25, 2022<br>Time:          1:30 p.m.<br>Ctrm.:         3, 17th Floor<br>Judge         Judge Richard Seeborg<br><br>Complaint filed:       March 29, 2022 |

**[PROPOSED] ORDER**

Defendants Carlos Cashman ("Cashman"), Arrowside Ventures LLC ("Ventures") and Cashman Family Investments II LLC ("Family Investments") Motion for More Definite Statement under Federal Rule of Civil Procedure 12(e) came on hearing on August 25, 2022 at 1:30 p.m. in Courtroom 3 of the above-captioned court.  The Court, having considered the pleadings in this matter and all arguments and papers submitted in support of, and in opposition to, the Motion for More Definite Statement, and good cause appearing therefore, **HEREBY ORDERS** as follows:

Defendants' Motion for More Definite Statement is hereby **GRANTED.**

Dated: _____          _____
                                         HON. RICHARD SEEBORG
                                         CHIEF UNITED STATES DISTRICT JUDGE