1  WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
2  Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3  3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
4  Telephone: (707) 433-4842
jack@weltyweaver.com
5  gmanousos@morganbrown.com
jcollins@morganbrown.com
6
*Attorneys for Defendants Carlos Cashman,*
7  *Arrowside Ventures, LLC and Cashman*
*Family Investments II LLC*
8

9

**UNITED STATES DISTRICT COURT**
10
**NORTHERN DISTRICT OF CALIFORNIA**
11
**SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| STACY CHANG, | ) Case No.: 3:22-cv-02010-RS |
| Plaintiff, | ) |
| | ) **STIPULATED REQUEST FOR ORDER** |
| | ) **RESCHEDULING CASE MANAGEMENT** |
| vs. | ) **CONFERENCE AND DUE DATE FOR** |
| | ) **CASE MANAGEMENT STATEMENT** |
| CARLOS CASHMAN, ARROWSIDE | ) **AS MODIFIED BY THE COURT** |
| CAPITAL, LLC, ARROWSIDE FUND GP, LLC, | ) Dep't: Courtroom 03, 17th Floor |
| ARROWSIDE VENTURES, LLC, and | ) Judge: Hon. Richard Seeborg |
| CASHMAN FAMILY INVESTMENTS II LLC, | ) Conference Date: July 28, 2022, at 10:00 a.m. |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to Civil Local Rule 6-2, Plaintiff Stacy Chang and Defendants Carlos Cashman,

Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, and Cashman Family

Investments II LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

WHEREAS, the Case Management Conference in this matter is set for July 28, 2022 at 10:00

AM, and the Case Management Statement is due by July 21, 2022;

- 1 -
STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND DUE
DATE FOR CASE MANAGEMENT STATEMENT

1

2

3          WHEREAS, counsel for Defendants Carlos Cashman, Arrowside Ventures, LLC, and

Cashman Family Investments II LLC is on vacation during the week of July 25, 2022 and therefore

unable to attend the Case Management Conference on July 28, 2022;

4

5          WHEREAS, this court recently granted a stipulated extension for Plaintiff to amend her

Complaint or respond to Defendants' motions to dismiss and/or for more definite statement to July

6

7  25, 2022;

8          WHEREAS, the parties are scheduled for a hearing on Defendants' motions to dismiss on

9  August 25, 2022;

10          IT IS HEREBY AGREED AND STIPULATED that:

11

12          **The Case Management Conference in this matter be held on September 29, 2022 at**

13  **10:00 AM, and the Case Management Statement is due by September 22, 2022.**

14

15  DATED: July 6, 2022              Respectfully submitted,

16                                              By:___/s/ Jeffrey T. Collins_____

17                                                  Jack W. Weaver (Cal. Bar No. 278469)
                                                    Welty, Weaver & Currie, P.C.
18                                                  3554 Round Barn Blvd., Suite 300
                                                    Santa Rosa, CA 95403
19                                                  Telephone: (707) 433-4842
                                                    jack@weltyweaver.com
20
                                                    Jeffrey T. Collins (admitted *pro hac vice*)
21                                                  Gregory A. Manousos (admitted *pro hac* vice)
                                                    Morgan Brown & Joy, LLP
22                                                  200 State Street
                                                    Boston, MA 02109
23                                                  Telephone: (617) 523-6666
                                                    jcollins@morganbrown.com
24                                                  gmanousos@morganbrown.com

25                                                  *Attorneys for Defendants Carlos Cashman, Arrowside*
                                                    *Ventures LLC, and Cashman Family Investments II LLC*
26

27

28

STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND DUE
DATE FOR CASE MANAGEMENT STATEMENT

1    IT IS SO STIPULATED.

2                                              By:   */s/ Reid Skibell*
                                                   Lyn R. Agre (Cal. Bar No. 178218)
3                                                  Edward E. Shapiro (Cal. Bar No. 326182)
                                                   L. Reid Skibell (admitted *pro hac vice*)
4                                                  Glenn Agre Bergman & Fuentes LLP
                                                   44 Montgomery Street, Floor 41
5                                                  San Francisco, CA 94104
                                                   Telephone: (332) 233-5784
6                                                  lagre@glennagre.com
                                                   eshapiro@glennagre.com
7                                                  rskibell@glennagre.com

8                                                  *Attorneys for Plaintiff*

9    DATED: July 6, 2022          Respectfully submitted,

10                                             By:   */s/ Kevin Jackson*
                                                   Kevin Jackson (Cal. Bar No. 278169)
11                                                 Foley & Lardner LLP
                                                   11988 El Camino Real, Suite 400
12                                                 San Diego, CA 92130-2594
                                                   Telephone: (858) 847-6700
13                                                 kjackson@foley.com

14                                                 Donald W. Schroeder (admitted *pro hac vice*)
                                                   Foley & Lardner LLP
15                                                 111 Huntington Avenue, Suite 2500
                                                   Boston, MA 02199-7610
16                                                 Telephone: (617) 342-4000
                                                   dschroeder@foley.com

17                                                 *Attorneys for Defendants Arrowside Capital, LLC and*
18                                                 *Arrowside Fund GP, LLC*

19
     *PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*
20
     Dated: July 6        , 2022
21
                                              By:
22                                                 Hon. Richard Seeborg
                                                   United States District Judge
23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND DUE
DATE FOR CASE MANAGEMENT STATEMENT