UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br>　　　　　Plaintiff,<br>　　v.<br>CARLOS CASHMAN, et al.,<br>　　　　　Defendants. | Case No. 22-cv-02010-RS<br><br>**ORDER DENYING MOTION FOR MORE DEFINITE STATEMENT** |

In response to the original complaint in this action, defendants Carlos Cashman, Arrowside Ventures, LLC, and Cashman Family Investments II, LLC filed a motion for a more definite statement, contending the complaint was so vague or ambiguous that they could not reasonably prepare a response. Specifically, defendants complained that plaintiff had defined the term "Arrowside" to include all three of them (an individual, and two entities) as well as two other entities, Arrowside Capital, LLC, and Arrowside Fund, LLC, and that they therefore could not tell what allegations were intended against each of them. The other two entities, who are separately represented, filed a motion to dismiss, or in the alternative for a more definite statement, on similar grounds, among others.

Plaintiff responded to the motions by filing a First Amended Complaint that more clearly draws distinctions between the defendants. Plaintiff asserts she has done the best she can, given defendants' own allegedly indiscriminate use of the name Arrowside. Defendants Arrowside Capital and Arrowside Fund have now answered the complaint.

Cashman, Arrowside Ventures, and Cashman Family Investments, however, simply refiled their prior motion for a more definite statement, with no apparent changes directed at the amendments to the complaint. The present motion, therefore, is demonstrably incorrect on its face in asserting that the complaint defines Arrowside to include all defendants. Notably, defendants did not file a reply after plaintiff's opposition pointed out that the complaint had changed, but the motion had not.

Even assuming it might have been appropriate to challenge the original complaint (although it would not have been difficult simply to deny allegations any particular defendant believed did not apply to it), refiling the motion in response to the First Amended Complaint was frivolous. The motion is denied.

**IT IS SO ORDERED**.,

Dated: September 12, 2022

_____
RICHARD SEEBORG
Chief United States District Judge