GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (332) 233-5784
Email: lagre@glennagre.com; eshapiro@glennagre.com; rskibell@glennagre.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC, <br><br> Defendants. | Case No.: 3:22-cv-02010-RS <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

The undersigned is counsel of record for Plaintiff Stacy Chang, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 21, 2022

By: /s/ L. Reid Skibell
L. Reid Skibell (admitted *pro hac vice*)
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212-358-5600
rskibell@glennagre.com

*Attorney for Plaintiff*