Gregory A. Manousos (admitted pro hac vice)
Jeffrey T. Collins (admitted pro hac vice)
MORGAN, BROWN & JOY, LLP
200 State Street, Suite 11A
Boston, MA 02109
Tel: (617) 523-6666
gmanousos@morganbrown.com
jcollins@morganbrown.com

Jack W. Weaver (Cal. Bar No. 278469)
WELTY, WEAVER & CURRIE, P.C.
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com

Attorneys for Defendants CARLOS CASHMAN,
ARROWSIDE VENTURES, LLC, and
CASHMAN FAMILY INVESTMENTS II, LLC

Donald W. Schroeder (admitted pro hac vice)
Kevin Jackson (Cal. Bar No. 278169)
FOLEY & LARDNER LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 847-6700
kjackson@foley.com
dschroeder@foley.com

Attorneys for Defendants ARROWSIDE
CAPITAL, LLC and ARROWSIDE FUND
GP, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STACY CHANG,<br><br>                    Plaintiff,<br><br>        v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II, LLC,<br><br>                    Defendants. | Case No. 3:22-cv-02010-RS<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Richard Seeborg<br><br>FAC filed: July 25, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Pursuant to Civil L.R. 3-15 of the United States District Court for the Northern District of California, the undersigned certifies that the following listed persons have a financial interest in the subject matter in controversy or in a party to the proceeding:

Tom Copeman maintains a 20% profit participation on each investment after return of capital with Arrowside Ventures, LLC.

Tucker Walsh is the managing partner with a significant ownership interest in Arrowside Capital, LLC and Arrowside Fund GP, LLC.

DATED: September 22, 2022	**MORGAN, BROWN & JOY, LLP**
Jeffrey T. Collins


 /s/ Jeffrey T. Collins
Jeffrey T. Collins (admitted pro hac vice)

Attorneys for Defendants CARLOS CASHMAN, ARROWSIDE VENTURES, LLC and CASHMAN FAMILY INVESTMENTS II, LLC

DATED: September 22, 2022	**FOLEY & LARDNER LLP**
Kevin Jackson


 /s/ Kevin Jackson
Kevin Jackson

Attorneys for ARROWSIDE CAPITAL, LLC and ARROWSIDE FUND GP, LLC