United States District Court
Northern District of California

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10   STACY CHANG,                          Case No. 22-cv-02010-RS

11              Plaintiff,

12        v.                               **CASE MANAGEMENT SCHEDULING
                                           ORDER**
13   CARLOS CASHMAN, et al.,

14              Defendants.

15        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

16   virtual Case Management Conference on September 29, 2022.  After considering the Joint Case

17   Management Statement submitted by the parties and consulting with the attorneys of record for

18   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

19        1.    AMENDING THE PLEADINGS.

20        The deadline to amend the pleadings without seeking leave from the Court shall be May

21   19, 2023.  After that date, any amendment of the pleadings shall be governed by Rule 15 of the

22   Federal Rules of Civil Procedure.

23        2.    DISCOVERY.

24        On or before August 3, 2023, all non-expert discovery shall be completed by the parties.

25   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

26   five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

27   requests for production of documents or for inspection per party; and (d) a reasonable number of

28   requests for admission per party.

3.      DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.      EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

  a.  On or before September 1, 2023, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

  b.  On or before September 29, 2023, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

  c.  On or before October 20, 2023, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.      FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **August 17, 2023 at 10:00 a.m.**  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6.      PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **November 16, 2023**.  The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

United States District Court
Northern District of California

7.      PRETRIAL CONFERENCE.

The final pretrial conference will be held on **January 10, 2024 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.

A jury trial shall commence on **January 22, 2024 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: September 29, 2022

RICHARD SEEBORG
Chief United States District Judge