1  Gregory A. Manousos (admitted pro hac vice)
   Jeffrey T. Collins (admitted pro hac vice)
2  MORGAN, BROWN & JOY, LLP
   200 State Street, Suite 11A
3  Boston, MA 02109
   Tel: (617) 523-6666
4  gmanousos@morganbrown.com
   jcollins@morganbrown.com
5
   Jack W. Weaver (Cal. Bar No. 278469)
6  WELTY, WEAVER & CURRIE, P.C.
   3554 Round Barn Blvd., Suite 300
7  Santa Rosa, CA 95403
   Telephone: (707) 433-4842
8  jack@weltyweaver.com

9  Attorneys for Defendants CARLOS CASHMAN,
   ARROWSIDE VENTURES, LLC, ARROWSIDE
10 CAPITAL, LLC ARROWSIDE FUND GP, LLC
   and CASHMAN FAMILY INVESTMENTS II, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STACY CHANG, | Case No. 3:22-cv-02010-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | Judge: Hon. Richard Seeborg |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II, LLC, | |
| Defendants. | |

**TO THE COURT, PLAINTIFF STACY CHANG, AND HER ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that counsel listed below are hereby appearing as counsel of record on behalf of Defendants CARLOS CASHMAN, ARROWSIDE VENTURES, LLC, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC and CASHMAN FAMILY INVESTMENTS II, LLC in the above-captioned matter.

> Gregory A. Manousos, Esq. (admitted *pro hac vice*)
> gmanousos@morganbrown.com
> Jeffrey T. Collins, Esq. (admitted *pro hac vice*)
> jcollins@morganbrown.com
> MORGAN, BROWN & JOY, LLP
> 200 State Street, Suite 11A
> Boston, MA 02109
> Tel: 617-523-6666
> Fax: 617-367-3125

DATED: October 31, 2022                **MORGAN, BROWN & JOY, LLP**

  /s/ Jeffrey T. Collins
Jeffrey T. Collins (admitted pro hac vice)

Attorneys for Defendants CARLOS CASHMAN, ARROWSIDE VENTURES, LLC, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC and CASHMAN FAMILY INVESTMENTS II, LLC