KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

DONALD W. SCHROEDER (*admitted pro hac vice*)
  dschroeder@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE, SUITE 2500
BOSTON, MA 02199-7610
TELEPHONE:  617.342.4000
FACSIMILE:   617.342.4001

Attorneys for Defendants
ARROWSIDE CAPITAL, LLC, and
ARROWSIDE FUND GP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>            Plaintiff,<br><br>    v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II, LLC,<br><br>            Defendants. | Case No. 3:22-cv-02010-RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge:      Hon. Richard Seeborg<br><br>FAC Filed: July 25, 2022 |

**ORDER**

The Court GRANTS the motion to withdraw Kevin Jackson and Donald W. Schroeder as counsel for Defendants ARROWSIDE CAPITAL, LLC, and ARROWSIDE FUND GP, LLC.  The Clerk of court shall remove Messrs. Jackson and Schroeder from this case.

**IT IS SO ORDERED.**

Dated: 11/15/2022

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE