UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STACY CHANG,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, AND CASHMAN FAMILY INVESTMENTS II LLC,<br><br>   Defendant(s). | Case Number: 3:22-cv-02010-AMO<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>*As Modified by the Court* |

Counsel report that they have conferred regarding the proposed extension of scheduling order deadlines in the case. Pursuant to Civil L.R. 6-2, the parties file this stipulated request for an order of this Court stating as follows:

1. On or before October 16, 2023, all non-expert discovery shall be completed by the parties.

2. The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before November 16, 2023, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before December 15, 2023, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before January 15, 2024, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than February 16, 2024.

4. The final pretrial conference will be held on April 16, 2024 at 10:00 a.m.

5. A jury trial shall commence on April 29, 2024.

Attached as <u>Exhibit A</u> is a declaration in support of this stipulated request as required by Civil L.R. 6-2(a).

Dated: August 1, 2023       */s/ L. Reid Skibell*
                                          Counsel for Plaintiff

Dated: August 1, 2023       */s/ Jeffrey T. Collins*
                                          Counsel for Defendants

~~[PROPOSED]~~ ORDER

1. On or before October 16, 2023, all non-expert discovery shall be completed by the parties.

2. The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before November 16, 2023, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before December 15, 2023, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before January 15, 2024, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed 26(a)(2).

3. All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than February 15, 2024 ~~February 16, 2024~~.

4. The final pretrial conference will be held on ~~April 16, 2024~~ April 18, 2024 at 11:00 a.m.

5. A jury trial shall commence on April 29, 2024.

6. A further case management conference will be held November 9, 2023. An updated case management conference statement, with new proposed dates for trial and the final pretrial conference, is due November 2, 2023.

IT IS SO ORDERED.

Dated: August 3, 2023

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge