1  WELTY, WEAVER & CURRIE, P.C.
   Jack W. Weaver (Cal. Bar No. 278469)
2  Gregory A. Manousos (admitted *pro hac* vice)
   Jeffrey T. Collins (admitted *pro hac* vice)
3  3554 Round Barn Blvd., Suite 300
   Santa Rosa, CA 95403
4  Telephone: (707) 433-4842
   jack@weltyweaver.com
5  gmanousos@morganbrown.com
   jcollins@morganbrown.com
6
7  <u>Attorneys for Defendants Carlos Cashman,
   Arrowside Ventures, LLC Arrowside Capital,
   LLC, Arrowside Fund GP, LLC and Cashman
8  Family Investments II LLC</u>

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| STACY CHANG, | ) | Case No.: 3:22-cv-02010-RS |
|---|---|---|
| Plaintiff, | ) | **STIPULATED REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE REMOTELY** |
| vs. | ) | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC, | ) | Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martinez-Olguin<br>Conference Date: October 12, 2023, at 10:00 a.m. |
| Defendants. | ) | |

Pursuant to Civil Local Rule 6-2, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, and Cashman Family Investments II LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

WHEREAS, a Case Management Conference in this matter is set for October 12, 2023 at 10:00 AM in San Francisco, Courtroom 10, 19th Floor;

WHEREAS, the offices of counsel for Plaintiff, Stacy Chang, and counsel for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC and Cashman Family Investments II LLC are located in New York, New York and Boston, Massachusetts, respectively;

WHEREAS, it is in the parties interest, financially and otherwise, that the parties' counsel be permitted to attend the October 12, 2023 Case Management Conference remotely;

IT IS HEREBY AGREED AND STIPULATED that:

The parties' counsel be permitted to attend the October 12, 2023 Case Management Conference remotely.

DATED: September 26, 2023           Respectfully submitted,

By:   */s/ Jeffrey T. Collins*
    Jack W. Weaver (Cal. Bar No. 278469)
    Welty, Weaver & Currie, P.C.
    3554 Round Barn Blvd., Suite 300
    Santa Rosa, CA 95403
    Telephone: (707) 433-4842
    jack@weltyweaver.com

    Jeffrey T. Collins (admitted *pro hac vice*)
    Gregory A. Manousos (admitted *pro hac* vice)
    Morgan Brown & Joy, LLP
    200 State Street
    Boston, MA 02109
    Telephone: (617) 523-6666
    jcollins@morganbrown.com
    gmanousos@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures LLC, Arrowside Capital, LLC and Arrowside Fund GP, LLC, and Cashman Family Investments II LLC*

IT IS SO STIPULATED.

By: <u>   /s/ Reid Skibell          </u>
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
L. Reid Skibell (admitted *pro hac vice*)
Glenn Agre Bergman & Fuentes LLP
44 Montgomery Street, Floor 41
San Francisco, CA 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com

*Attorneys for Plaintiff*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2023

By: <u>[signature]                </u>
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**