UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacy Chang,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Carlos Cashman, et al.,<br><br>　　　　　Defendants | Case No.  22-cv-02010-AMO<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Mark Conrad
> Conrad | Metlitzky | Kane LLP
> Four Embarcadero Center, Suite 1400
> San Francisco, CA 94111
> 415.343.7102
> mconrad@conmetkane.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
22-cv-02010-AMO

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: October 17, 2023

        MARK B. BUSBY
        Clerk of Court
        by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov