UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>      Plaintiff,<br><br>   v.<br><br>CARLOS CASHMAN, et al.,<br><br>      Defendants. | Case No. 22-cv-02010-AMO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, this matter is **REFERRED** to a Magistrate Judge for all discovery matters, including the pending Joint Discovery Letter Brief (Dkt. No. 64). The Magistrate Judge to whom the matter is assigned will advise the parties of how the matter will proceed. The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing. Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.

**IT IS SO ORDERED.**

Dated:  November 20, 2023

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**