1  GLENN AGRE BERGMAN & FUENTES LLP
   L. Reid Skibell (admitted *pro hac vice*)
2  Ashley Zitrin (CA Bar 262238)
   44 Montgomery Street, Suite 2410
3  San Francisco, CA 94104
   Telephone: (415) 599-0880
4  rskibell@glennagre.com
   azitrin@glennagre.com
5  *Attorneys for Plaintiff Stacy Chang*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | Judge: Hon. Araceli Martinez-Olguin |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC, | Judicial Dep't: Courtroom 10, 19th Floor |
| Defendants. | |

1  **TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that counsel listed below is hereby appearing as counsel of

3  record on behalf of Plaintiff Stacy Chang in the above-captioned matter.

4      Ashley Zitrin
    azitrin@glennagre.com
    Glenn Agre Bergman & Fuentes LLP
    44 Montgomery Street, Suite 2410
    San Francisco, CA 94104
    Telephone: (415) 599-0883

DATED: December 11, 2023      GLENN AGRE BERGMAN & FUENTES LLP

By:   */s/ Ashley Zitrin*
    Ashley Zitrin (CA Bar 262238)
    L. Reid Skibell (admitted *pro hac vice*)
    Glenn Agre Bergman & Fuentes LLP
    44 Montgomery Street, Suite 2410
    San Francisco, CA 94104
    Telephone: (415) 599-0883
    azitrin@glennagre.com
    rskibell@glennagre.com

    *Attorneys for Plaintiff*