1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| STACY CHANG,<br><br>      Plaintiff,<br><br>      vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, AND CASHMAN FAMILY INVESTMENTS II LLC,<br><br>      Defendants. | Case Number: 3:22-cv-02010-AMO<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>  **\*As Modified by the Court\*** |

21

22

23

24

Counsel report that they have conferred regarding the proposed extension of scheduling order deadlines in the case. Pursuant to Civil L.R. 6-2, the parties file this stipulated request for an order of this Court stating as follows:

25

26

27

28

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND SCHEDULING ORDER DEADLINES**
Case Number: 3:22-cv-02010-AMO

1.      On or before January 31, 2024, all non-expert discovery shall be completed by the parties.

2.      On or before March 15, 2024, ADR shall be completed by the parties.

3.      The disclosure and discovery of expert witnesses shall proceed as follows:

     a.      On or before March 1, 2024, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

     b.      On or before April 1, 2024, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

     c.      On or before May 1, 2024, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed 26(a)(2).

4.      All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than June 30, 2024.

5.      The final pretrial conference will be held on August 22, 2024 at 11:00 a.m.

6.      A jury trial shall commence on September 17, 2024.

Attached as <u>Exhibit A</u> is a declaration in support of this stipulated request as required by Civil L.R. 6-2(a).

Dated: December 15, 2023          *Reid Skibell*
                                       Counsel for plaintiff

Dated: December 15, 2023          *Gregory Manousos*
                                       Counsel for defendants

**[PROPOSED] ORDER \*As Modified by the Court\***

1.      On or before January 31, 2024, all non-expert discovery shall be completed by the parties.

2.      On or before March 15, 2024, ADR shall be completed by the parties.

3.      The disclosure and discovery of expert witnesses shall proceed as follows:

a.      On or before March 1, 2024, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b.      On or before April 1, 2024, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c.      On or before May 1, 2024, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed 26(a)(2).

4.      All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than June 30, 2024.  May 30, 2024.

5.      The final pretrial conference will be held on August 22, 2024 at 11:00 a.m.

6.      A jury trial shall commence on September 17, 2024.

The deadline for filing dispositive motions remains set as April 15, 2024. *See* ECF 62. If the parties wish to seek an extension of that deadline, they must file a separate stipulation and proposed order with proposed deadlines for the filing and hearing of that motion, with corresponding adjustments to the current pretrial conference and trial dates.  Future stipulations to extend case deadlines must comply with Civil L.R. 6-2 and must be filed at least 7 days in advance of the expiration of any deadline intended to be extended.

IT IS SO ORDERED.

Dated:   December 18, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

3

**STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DEADLINES**
Case Number: 3:22-cv-02010-AMO