**[PROPOSED] ORDER**

The Court finds Defendants waived attorney client and attorney work product privilege relating to the formation of the Arrowside and Perseverus entities. The Court orders Defendants to produce to Plaintiff all documents and communications relating to the same, including but not limited to those documents on Defendants' privilege log listed in Paragraph 3 of the Zitrin Declaration.

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE