GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO |
| Plaintiff, | **RENOTICE OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| vs. | Judge: Hon. Donna M. Ryu<br>Oakland Courthouse, Courtroom 4<br>Hearing Date: Thurs February 8, 2024<br>Time: 1:00 p.m. |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, AND CASHMAN FAMILY INVESTMENTS II LLC, | Action Filed: March 1, 2022<br>Trial Date: September 17, 2024 |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, Plaintiff Stacy Chang, by her undersigned attorneys, hereby re-notices her Motion to Compel Discovery, Dkt No. 74, to be heard on Thursday, February 8, 2024 at 1:00pm PT in the Oakland Courthouse of the Northern District of California, Courtroom 4, by the Honorable Donna M. Ryu, or as soon thereafter as counsel may be heard, in accordance with Judge Ryu's Standing Order and Local Rule 7-2(a).

- 1 -
**PLAINTIFF'S RENOTICE OF MOTION TO COMPEL DISCOVERY**
Case Number: 3:22-cv-02010-AMO

1  DATED: December 26, 2023

2                                            */s/ Ashley Zitrin*

Ashley Zitrin (Cal. Bar No. 262238)
L. Reid Skibell (admitted pro hac vice)
Glenn Agre Bergman & Fuentes LLP
44 Montgomery Street, Floor 41
San Francisco, CA 94104
Telephone: (415) 599-0880
azitrin@glennagre.com
rskibell@glennagre.com

*Attorneys for Plaintiff*

- 2 -
**PLAINTIFF'S RENOTICE OF MOTION TO COMPEL DISCOVERY**
Case Number: 3:22-cv-02010-AMO