WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

<u>Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC and Cashman Family Investments II LLC</u>

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>             Plaintiff,<br><br>vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC,<br><br>             Defendants. | Case No.: 3:22-cv-02010-AMO<br><br>**STIPULATED REQUEST TO APPEAR AT MARCH 7, 2024 HEARING REMOTELY**<br><br>Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martinez-Olguin<br>Hearing Date: March 7, 2024, at 2:00 p.m. |

      Pursuant to Civil Local Rule 7-11, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, and Cashman Family Investments II LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

      WHEREAS, a hearing on Plaintiff's Motion to Amend Complaint in this matter is set for March 7, 2024 at 2:00 PM in San Francisco, Courtroom 10, 19th Floor;

WHEREAS, the offices of counsel for Plaintiff, Stacy Chang, and counsel for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC and Cashman Family Investments II LLC are located in New York, New York and Boston, Massachusetts, respectively;

WHEREAS, it is in the parties interest, financially and otherwise, that the parties' counsel be permitted to attend the March 7, 2024 motion hearing remotely;

IT IS HEREBY AGREED AND STIPULATED that:

The parties' counsel be permitted to attend the March 7, 2024 motion hearing remotely.

DATED: February 22, 2024          Respectfully submitted,

By:  /s/ Jeffrey T. Collins
Jack W. Weaver (Cal. Bar No. 278469)
Welty, Weaver & Currie, P.C.
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com

Jeffrey T. Collins (admitted *pro hac vice*)
Gregory A. Manousos (admitted *pro hac* vice)
Morgan Brown & Joy, LLP
200 State Street
Boston, MA 02109
Telephone: (617) 523-6666
jcollins@morganbrown.com
gmanousos@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures LLC, Arrowside Capital, LLC and Arrowside Fund GP, LLC, and Cashman Family Investments II LLC*

IT IS SO STIPULATED.

By:    */s/ Reid Skibell*
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
L. Reid Skibell (admitted *pro hac vice*)
Glenn Agre Bergman & Fuentes LLP
44 Montgomery Street, Floor 41
San Francisco, CA 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com

*Attorneys for Plaintiff*

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

Dated: _____, 2024

By: _____
Hon. Araceli Martinez-Olguin
United States District Judge

- 3 -
STIPULATED REQUEST TO APPEAR AT MARCH 7, 2024 HEARING REMOTELY

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

By: */s/ Jeffrey T. Collins*
Jeffrey T. Collins