WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

<u>Attorneys for Defendants Carlos Cashman,
Arrowside Ventures, LLC Arrowside Capital,
LLC, Arrowside Fund GP, LLC and Cashman
Family Investments II LLC</u>

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO |
| Plaintiff, | **STIPULATED REQUEST TO EXCHANGE WRITTEN EXPERT REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2) ON OR BEFORE APRIL 8, 2024** |
| vs. | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, and Cashman Family Investments II LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

WHEREAS, pursuant to Fed. R. Civ. P. 26(a)(2), the disclosure of expert witnesses must be accompanied by a written report, unless otherwise stipulated or ordered by the court;

1     IT IS HEREBY AGREED AND STIPULATED that:

2

3     The parties be permitted to exchange written expert reports as contemplated by Fed. R. Civ.

4 P. 26(a)(2)(B) on or before April 8, 2024.

5

6 DATED: March 1, 2024            Respectfully submitted,

7                                        By:    */s/ Jeffrey T. Collins*
                                                Jack W. Weaver (Cal. Bar No. 278469)
8                                                 Welty, Weaver & Currie, P.C.
                                                3554 Round Barn Blvd., Suite 300
9                                                 Santa Rosa, CA 95403
                                                Telephone: (707) 433-4842
10                                                jack@weltyweaver.com

11                                                Jeffrey T. Collins (admitted *pro hac vice*)
                                               Gregory A. Manousos (admitted *pro hac* vice)
12                                                Morgan Brown & Joy, LLP
                                               200 State Street
13                                                Boston, MA 02109
                                               Telephone: (617) 523-6666
14                                                jcollins@morganbrown.com
                                               gmanousos@morganbrown.com
15

16                                                *Attorneys for Defendants Carlos Cashman, Arrowside*
                                               *Ventures LLC, Arrowside Capital, LLC and Arrowside*
17                                                *Fund GP, LLC, and Cashman Family Investments II LLC*

18 IT IS SO STIPULATED.

19                                        By:    */s/ Reid Skibell*
                                               Lyn R. Agre (Cal. Bar No. 178218)
20                                                Edward E. Shapiro (Cal. Bar No. 326182)
                                               L. Reid Skibell (admitted *pro hac vice*)
21                                                Glenn Agre Bergman & Fuentes LLP
                                               44 Montgomery Street, Floor 41
22                                                San Francisco, CA 94104
                                               Telephone: (332) 233-5784
23                                                lagre@glennagre.com
                                               eshapiro@glennagre.com
24                                                rskibell@glennagre.com

25                                             *Attorneys for Plaintiff*

26

27

28

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

Dated: _____, 2024

By: _____
Hon. Araceli Martinez-Olguin
United States District Judge

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

By: */s/ Jeffrey T. Collins*
Jeffrey T. Collins