UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS CASHMAN, et al.,<br><br>    Defendants. | Case No. 22-cv-02010-AMO<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING RE MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 80 |

On December 29, 2023, Plaintiff Stacy Chang filed a motion for leave to amend her first amended complaint. ECF 80. As the Court confirmed for the parties at the case management conference held October 12, 2023, the deadline for seeking leave to amend the pleadings was May 19, 2023. *See* ECF 45. The scheduling order setting the May 19, 2023 deadline provided that "[a]fter that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure." *See id.* at 1.

While Chang addresses the Rule 15 standard in her papers, she has not addressed whether good cause exists to entertain the motion outside the deadline set by the scheduling order. Because Chang filed the motion seven months after the May 19, 2023 deadline, she must first establish good cause under Rule 16(b), which "is not coextensive with an inquiry into the propriety of the amendment under Rule 15." *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Accordingly, the Court orders Chang to submit a supplemental brief, of no more than three pages, addressing why good cause exists under Rule 16(b). In the motion, she shall identify the specific facts that establish good cause as to each defendant and each theory of liability she seeks to add. For each fact offered, Chang must provide a citation to the declarations filed in connection

with the briefing on the motion for leave.  *See* Civil L.R. 7-5 ("Factual contentions made in support of or in opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record."). Chang's supplemental brief is due by 5:00 p.m. on March 5, 2024.  Defendants may file a supplemental brief of no more than three pages by 5:00 p.m. on March 7, 2024.  The motion hearing currently set for March 7, 2024 is continued to March 14, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 1, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**