

Reid Skibell
rskibell@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

March 19, 2024

**VIA ECF**

Chief Magistrate Judge Donna M. Ryu
United States District Court Northern District of California
1301 Clay Street, 3rd Floor, Courtroom 4
Oakland, CA 94612

Re:   *Stacy Chang v. Carlos Cashman, et al.*, 3:22-cv-02010-AMO (DMR)

Dear Judge Ryu:

The parties of the above-captioned case wrote jointly on January 2, 2024, to request the Court's assistance in settling a discovery dispute (Dkt. No. 82). This dispute related to a single document request – Plaintiff's RFP 18 – implicating a deposition transcript and a limited number of additional documents that Defendants have refused to produce. The parties have not received a ruling or a request for additional briefing.

Please also note that yesterday, March 18, 2024, Judge Araceli Martínez-Olguín ordered that Plaintiff can amend her complaint to add one additional defendant, Perseverus, LLC, and one additional theory of liability to Perseverus as successor in interest to Ventures. (Dkt. No. 106, pg 12). The Court also granted Plaintiff limited additional requests for production and deposition time related to these additions. (*Id.*).

Given the importance of documents sought by Plaintiff pursuant to the earlier joint discovery dispute letter and the limited discovery still outstanding in this action, Plaintiff respectfully writes to remind the Court that this dispute remains outstanding.

Sincerely,

/s/ *Reid Skibell*
Reid Skibell for Plaintiff

cc: Jeffery Collins, Counsel for Defendants

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com