UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS CASHMAN, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-02010-AMO<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

　　In light of the Court's order permitting a limited amendment to Plaintiff's first amended complaint, ECF 106, the Court hereby sets the following deadlines in this matter.  Except as indicated below, the fact and expert discovery deadlines set by this order are limited to the allowed amendment.  Deadlines that have already lapsed are not re-opened or extended by this order.  As the parties work to meet the deadlines set forth below, if they reach a point where further ADR might be productive, they shall notify the Court by filing a stipulation and proposed order indicating their preferred method of ADR and suggesting a deadline for completion.

| Event | Deadline |
|---|---|
| **Deadline to complete additional fact discovery** | May 28, 2024 |
| **Parties to provide supplemental expert disclosure(s) and report(s)** | June 7, 2024 |
| **Parties to provide supplemental rebuttal expert disclosure(s) and report(s)** | June 17, 2024 |
| **Close of expert discovery**[1] | June 27, 2024 |
| **Deadline to file summary judgment motion** | July 29, 2024 |
| **Deadline to file opposition to summary judgment motion** | August 12, 2024 |

---

[1] As set forth in the Court's order of December 18, 2023, the deadline to complete expert discovery as to all issues not concerning the allowed amendment is May 1, 2024.  ECF 72 at 3.

| Event | Deadline |
|---|---|
| **Deadline to file reply in support of summary judgment motion** | August 19, 2024 |
| **Hearing on summary judgment and Daubert motions**[2] | October 31, 2024 at 2:00 p.m. |
| **Joint pretrial conference statement** | February 28, 2025 |
| **Pretrial conference** | March 13, 2025 at 11:00 a.m. |
| **Jury Trial (7 days)** | March 31, 2025 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: March 20, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[2] The parties shall refer to the Court's Standing Order for Civil Cases for additional requirements, including limits on and sequencing of Daubert motions.