UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>      Plaintiff,<br><br>v.<br><br>CARLOS CASHMAN, et al.,<br><br>      Defendants. | Case No. 22-cv-02010-AMO (DMR)<br><br>**ORDER ON JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 113 |

On March 18, 2024, the Honorable Araceli Martínez-Olguín granted in part Plaintiff Stacy Chang's motion to leave to file a second amended complaint and ordered Plaintiff to file her second amended complaint within two days, i.e., by March 20, 2024. [Docket No. 106 (Mar. 18, 2024 Order) 12.] The court also granted Plaintiff leave to conduct additional discovery. Specifically, the court granted Plaintiff leave to serve five additional requests for production ("RFPs") by March 20, 2024 and ordered Defendants to respond within 30 days of service of the RFPs. The court also ordered Defendant Cashman to appear for a further deposition of up to four hours within two weeks of service of Defendants' responses to the additional RFPs. *Id*. at 12. Plaintiff timely filed the second amended complaint. [Docket No. 109.]

On April 30, 2024, the parties filed a joint discovery letter in which Plaintiff contends Defendants violated the March 18, 2024 Order by failing to respond to her additional RFPs within 30 days of service, which was April 22, 2024. She moves to compel Defendants to respond to the RFPs and make Cashman available for deposition. [Docket No. 113.] Defendants do not dispute that they violated the March 18, 2024 Order but argue that discovery in the case should be stayed because they plan to file a Rule 12 motion challenging the second amended complaint. *Id*. at 3.[1]

---

[1] Defendants filed their motion to dismiss the second amended complaint after filing the instant discovery letter. [Docket No. 114.]

1    Defendants' request for a stay is denied.  Defendants shall serve responses to the
2    outstanding RFPs by no later than 5:00 p.m. on May 6, 2024 and shall make Defendant Cashman
3    available for deposition within two weeks of that date.  **Failure to comply with this Order may**
4    **result in sanctions.**  By the same deadline, Defendants shall show cause why they should not be
5    sanctioned for failure to comply with the March 18, 2024 Order.

**IT IS SO ORDERED.**

Dated: May 3, 2024



Donna M. Ryu
Chief Magistrate Judge

2