UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACY CHANG,

    Plaintiff,

v.

CARLOS CASHMAN, et al.,

    Defendants.

Case No. 22-cv-02010-AMO (DMR)

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. No. 115

On May 3, 2024, the court ordered Defendants to show cause why they should not be sanctioned for their failure to comply with the Honorable Araceli Martínez-Olguín's March 18, 2024 Order regarding discovery. [Docket Nos. 106, 115.] Defendants timely responded. [Docket No. 116.]

The Order to Show Cause is discharged. To the extent that Defendants believed a stay of the discovery order was appropriate, they were obligated to comply with the order unless and until relieved of the obligation to do so. *See, e.g., Verizon Cal. Inc. v. OnlineNIC, Inc.*, 647 F. Supp. 2d 1110, 1116 (N.D. Cal. 2009) ("a party may not disregard the clear terms of a court order, even if that party believes the order to be misguided, mistaken, or otherwise incorrect." (citing *Chapman v. Pac. Tel. & Tel. Co.*, 613 F.2d 193, 197 (9th Cir. 1979))). Defendants are admonished that failure to comply with future orders may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 7, 2024



_____
Donna M. Ryu
Chief Magistrate Judge