GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
44 Montgomery Street, Suite 2410
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com
*Attorneys for Plaintiff*

WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC and Cashman Family Investments II LLC, Perseverus, LLC*

JOINT MOTION TO APPEAR BY ZOOM FOR JUNE 20, 2024 HEARING
Case No. 3:22-cv-02010-AMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>  Plaintiff,<br><br>v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC, PERSEVERUS, LLC<br><br>  Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**JOINT MOTION TO APPEAR BY ZOOM FOR JUNE 20, 2024 HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>San Francisco Courthouse, 19th Floor, Courtroom 10<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

Plaintiff, Stacy Chang and Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II, LLC, and Perseverus, LLC (collectively the "Parties") request to appear by Zoom for the June 20, 2024 hearing on Defendants' Partial Motion to Dismiss. As grounds therefor, the Parties state that lead counsel for Plaintiff, Stacy Chang and counsel for Defendants are located in New York, New York and Boston, Massachusetts, respectively, and it is in the Parties' interest, financially and otherwise, that the Parties' counsel be permitted to attend the June 20, 2024 motion hearing remotely.

**CONCLUSION**

For the reasons set forth herein, as well as in the Parties' Stipulation, the Parties request that the Court permit counsel to appear by Zoom for the June 20, 2024 hearing on Defendants' Partial Motion to Dismiss.

DATED: June 6, 2024                Respectfully submitted,

                                  By:      /s/ Jeffrey T. Collins
                                     Jack W. Weaver (Cal. Bar No. 278469)
                                     Welty, Weaver & Currie, P.C.
                                     3554 Round Barn Blvd., Suite 300
                                     Santa Rosa, CA 95403
                                     Telephone: (707) 433-4842
                                     jack@weltyweaver.com

                                     Jeffrey T. Collins (admitted *pro hac vice*)
                                     Gregory A. Manousos (admitted *pro hac* vice)
                                     Morgan Brown & Joy, LLP
                                     200 State Street
                                     Boston, MA 02109
                                     Telephone: (617) 523-6666
                                     jcollins@morganbrown.com
                                     gmanousos@morganbrown.com

                                   *Attorneys for Defendants Carlos Cashman, Arrowside Ventures LLC, Arrowside Capital, LLC and Arrowside Fund GP, LLC, and Cashman Family Investments II LLC, Perseverus, LLC*

                                By:      /s/ Ashley Zitrin
                                     Lyn R. Agre (Cal. Bar No. 178218)
                                     Edward E. Shapiro (Cal. Bar No. 326182)
                                     L. Reid Skibell (admitted *pro hac vice*)
                                     Ashley Zitrin (Cal. Bar No. 262238)
                                     Glenn Agre Bergman & Fuentes LLP
                                     44 Montgomery Street, Floor 41
                                     San Francisco, CA 94104
                                     Telephone: (332) 233-5784
                                     lagre@glennagre.com
                                     eshapiro@glennagre.com
                                     rskibell@glennagre.com

                                   *Attorneys for Plaintiff*