# EXHIBIT M

**From:** Carlos Cashman on behalf of Carlos Cashman <carloscashman@arrowside.com >
**Sent:** Tuesday, December 7, 2021 9:10 AM
**To:** Tom Copeman; Tucker Walsh; Stacy Chang
**Subject:** Bubble

These are the signs of it starting to burst, combined with the pullback last week/weekend in stocks and crypto…

https://www.sfgate.com/tech/article/Better- mortgage-firm-has-mass-layoff-Zoom-16673576.php

It's going to filter more slowly through other deals… but I feel it coming.

CC


Carlos Cashman
Arrowside Capital/Arrowside Ventures
CarlosCashman@Arrowside.com

**CONFIDENTIAL**