GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

<u>Attorneys for Plaintiff</u>

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC <br><br> Defendants. | Case No.: 3:22-cv-02010-AMO (DMR) <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Dep't: Courtroom 10, 19th Floor <br> Judge: Hon. Araceli Martínez-Olguín <br> Hearing Date: November 7, 2024 <br> Trial Date: March 31, 2025 |

Pursuant to Civil Local Rule 6-2, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

WHEREAS, Defendants filed a Motion for Summary Judgement or Partial Summary Judgment on July 29, 2024 (ECF # 128) (the "Motion");

1      WHEREAS, on March 20, 2024 this Court issued a scheduling order after granting Plaintiff leave to file a Second Amended Complaint, and which provided *inter alia* that Plaintiff's Opposition to the Motion is due August 12, 2024, Defendants' Reply is due August 19, 2024, the Motion will be heard on October 31, 2024,[1] and the trial on this matter will commence on March 31, 2025 (ECF # 108) (the " March 2024 Scheduling Order");

WHEREAS, the Court has issued three scheduling orders in the instant action, the first issued on September 29, 2022 (ECF # 45) modified by stipulation on January 3, 2023 (ECF # 50) and modified by Court order on May 26, 2023,[2] the second issued on October 12, 2023 pursuant to a further Case Management Conference (ECF # 62) modified by stipulation on December 18, 2023 (ECF # 72), and the third being the March 2024 Scheduling Order (ECF #108) which has not been modified;

WHEREAS, the instant stipulated extension of the March 2024 Scheduling Order deadlines for the Parties to respond to the Motion and Opposition thereto does not require altering either the November 7, 2024 hearing date on the Motion, or the March 31, 2025 trial date, from the parties' perspective;

WHEREAS, the instant stipulated extension of the March 2024 Scheduling Order deadlines for the Parties to respond to the Motion and Opposition thereto provides that briefing will be completed more than thirty days prior to the November 7, 2024 Motion hearing date;

WHEREAS, Defendants' legal arguments and factual assertions in the Motion are extensive and varied, and are asserted against each of Plaintiff's nine causes of action as to all Defendants, her assertion of damages, and also individually as to Perseverus, LLC;

WHEREAS, Plaintiff's lead counsel will be traveling for the first weeks of August;

---

[1] Though the Court's scheduling order set the hearing for October 31, 2024, the Court's scheduling notes state that it is unavailable on that day. Therefore Defendants noticed their motion for hearing on November 7, 2024 at 2:00 p.m.

[2] There is no ECF docket number assigned to this order, but the docket notation appears chronologically between ECF # 52 and # 53.

- 2 -
STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No.: 3:22-cv-02010-AMO (DMR)

WHEREAS, there have been no prior requests to extend or prior extensions of the deadlines set in the March Scheduling Order;

WHEREAS, the instant stipulation and supporting declaration of Ashley Zitrin was filed seven or more days prior to Plaintiff's deadline to file her Opposition to the Motion in compliance with this Court's Standing Order;

IT IS HEREBY AGREED AND STIPULATED that:

Plaintiff shall file her Opposition to Defendants' Motion for Summary Judgment no later than **September 3, 2024**;

Defendants shall file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment no later than **September 24, 2024**.

DATED: August 1, 2024            Respectfully submitted,

By:    *s/ Ashley Zitrin*
    L. Reid Skibell (admitted *pro hac vice*)
    Ashley Zitrin (Cal. Bar No. 262238)
    Lyn R. Agre (Cal. Bar No. 178218)
    Edward E. Shapiro (Cal. Bar No. 326182)
    Glenn Agre Bergman & Fuentes LLP
    580 California Street, Suite 1420
    San Francisco, CA 94104
    Telephone: (415) 599-0880
    rskibell@glennagre.com
    azitrin@glennagre.com
    lagre@glennagre.com
    eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*

IT IS SO STIPULATED.

DATED: August 1, 2024            Respectfully submitted,

By:    *s/ Jeffery Collins*
    Jack W. Weaver (Cal. Bar No. 278469)
    Welty, Weaver & Currie, P.C.
    3554 Round Barn Blvd., Suite 300
    Santa Rosa, CA 95403
    Telephone: (707) 433-4842
    jack@weltyweaver.com

Jeffrey Collins (admitted *pro hac vice*)
Gregory A Manousos (admitted *pro hac vice*)
Morgan Brown & Joy, LLP
200 State Street, Suite 11A
Boston, MA 02109
Telephone: (617) 523-6666
jcollins@morganbrown.com
gmarnousos@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC*

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

Dated:   August            , 2024


By:_____
　　　Hon. Araceli Martínez-Olguín
　　　United States District Judge

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document was obtained from each of the signatories hereto.

By: *s/ Ashley Zitrin*
Ashley Zitrin