1 | Hartley M.K. West (SBN 191609)
hartley.west@dechert.com
2 | Joshua D.N. Hess (SBN 244115)
joshua.hess@dechert.com
3 | Matthew F. Williams (SBN 323775)
matthew.williams@dechert.com
4 | DECHERT LLP
45 Fremont Street, 26th Floor
5 | San Francisco, California 94105
Telephone: (415) 262-4500
6 | Facsimile:  (415) 262-4555

7 | Attorneys for Defendants
CARLOS CASHMAN,
8 | ARROWSIDE CAPITAL, LLC,
ARROWSIDE FUND GP, LLC,
9 | ARROWSIDE VENTURES, LLC,
CASHMAN FAMILY
10 | INVESTMENTS II LLC, and
PERSEVERUS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACY CHANG, | Case No. 3:22-cv-02010-AMO |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |
| v. | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, AND PERSEVERUS, LLC, | Judge: Hon. Araceli Martinez-Olguin |
| Defendants. | |

Dechert LLP
Attorneys At Law
San Francisco

NOTICE OF APPEARANCE                                   CASE NO.: 3:22-CV-02010-AMO

PLEASE TAKE NOTICE that Hartley M.K. West, Joshua D.N. Hess, and Matthew F. Williams of Dechert LLP, attorneys for Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investments II LLC, and Perseverus, LLC, appear in this action and request that service of all papers and notices of all proceedings in this action be served upon the undersigned at the address set forth below:

> Hartley M.K. West
> Joshua D.N. Hess
> Matthew F. Williams
> DECHERT LLP
> 45 Fremont Street, 26th Floor
> San Francisco, California 94105
> Telephone: (415) 262-4500
> Facsimile:  (415) 262-4555
> hartley.west@dechert.com
> joshua.hess@dechert.com
> matthew.williams@dechert.com

Dated: August 5, 2024

DECHERT LLP

By:  */s/ Matthew F. Williams*
    HARTLEY M.K. WEST
    JOSHUA D.N. HESS
    MATTHEW F. WILLIAMS

Attorneys for Defendants
CARLOS CASHMAN,
ARROWSIDE CAPITAL, LLC,
ARROWSIDE FUND GP, LLC,
ARROWSIDE VENTURES, LLC,
CASHMAN FAMILY
INVESTMENTS II LLC, and
PERSEVERUS, LLC