WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman,
Arrowside Ventures, LLC Arrowside Capital,
LLC, Arrowside Fund GP, LLC, Cashman
Family Investments II LLC and Perseverus, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>                Plaintiff,<br><br>v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSERVERUS, LLC<br><br>                Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES'
MATERIALS SHOULD BE SEALED                  Case No. 3:22-cv-02010-AMO

Pursuant to Local Rule 79-5(f), Defendants file this Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Pursuant to the Stipulated Protective Order issued in this case (Docket No. 50), the materials sought to be sealed by this Administrative Motion have been designated by Plaintiff Stacy Chang "CONFIDENTIAL" or "ATTORNEY'S EYES ONLY."

The portions to be filed under seal are:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
|---|---|
| DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT | The redacted excerpts on pages and lines: 2:19 – 21, 2:24 – 26, 3:22 – 24, 7:5 – 11, 7:14 – 16, 8:4 – 6, 8:10 – 15, 8:19 – 21, 11:2 – 4, 13:10 – 13, 13:17 – 23, 16:13 – 17, and 20:19 – 21. |
| DECLARATION OF GREGORY A. MANOUSOS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT | The redacted excerpts on ¶¶ 6, 17, 19-21, and 23.<br><br>Ex. L, pp 1 – 4.<br><br>The entirety of Exhibits C, N – P, and R. |

DEFENDANTS,

CARLOS CASHMAN,
ARROWSIDE VENTURES, LLC,
ARROWSIDE CAPITAL, LLC,
ARROWSIDE FUND GP, LLC,
CASHMAN FAMILY INVESTMENTS II, LLC,
and PERSEVERUS, LLC

By their attorneys,
*Gregory Manousos*
Gregory A. Manousos (admitted *pro hac vice*)
Jeffrey T. Collins (admitted *pro hac vice*)
MORGAN, BROWN & JOY, LLP
200 State Street, Suite 11A
Boston, MA 02109
P: (617) 523-6666
F: (617) 367-3125
E: gmanousos@morganbrown.com
jcollins@morganbrown.com

Dated: August 13, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, a copy of the foregoing document, filed through the ECF system, will be served on Plaintiff as provided by the Notice of Electronic Filing (NEF).

                                          */s/ Jeffrey T. Collins*
                                          Jeffrey T. Collins

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED            Case No. 3:22-cv-02010-AMO