WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC, and Perseverus, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br>Plaintiff,<br>v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSEVERUS, LLC<br>Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**DECLARATION OF GREGORY A. MANOUSOS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Araceli Martinez-Olguin<br>San Francisco Courthouse, 19th Floor, Courtroom 10<br>Hearing Date: Thurs October 3, 2024<br>Time: 2:00 p.m.<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

Gregory A. Manousos states the following:

1. I, Gregory Manousos, am an attorney with the law firm of Morgan, Brown and Joy, LLP, Boston, Massachusetts. In that capacity, I am the counsel of record for the Defendants in

the above-captioned matter. I have personal knowledge of the following facts and am competent to testify about them.

2. The deposition of Plaintiff Stacy Chang occurred on September 8, 2023.

3. True and correct excerpts from Plaintiff's deposition are attached hereto as <u>Exhibit A</u>.

4. The deposition of Tom Copeman occurred on November 9, 2023.

5. True and correct excerpts from Mr. Copeman's deposition are attached hereto as <u>Exhibit B</u>.

6. [REDACTED]

7. [REDACTED]

8. [REDACTED]

9. The first day of the deposition of Carlos Cashman occurred on September 7, 2023.

10. True and correct excerpts from Mr. Cashman's first day of deposition are attached hereto as <u>Exhibit E</u>.

11. Attached as <u>Exhibit F</u> is a true and correct copy of a presentation Plaintiff made to Mr. Cashman and Mr. Copeman on June 25, 2021.

12. Attached as <u>Exhibit G</u> is a true and correct copy of Jim Timmins' April 8, 2024 Expert Report.

13. Attached as <u>Exhibit H</u> is a true and correct copy of a presentation Plaintiff made in or about September 2021.

14. Attached as <u>Exhibit I</u> is a true and correct copy of a draft "budget" Plaintiff submitted to Mr. Copeman on or about October 25, 2021.

15. Attached as <u>Exhibit J</u> is a true and correct copy of a document reflecting changes Mr. Cashman made to the "budget" on or about December 7, 2021.

16. Attached as <u>Exhibit K</u> is an email sent on November 3, 2021, by Plaintiff to Mr. Copeman with the subject line "Carry discussion – Model attached."

17. Attached as <u>Exhibit L</u> is a true and correct copy of excerpted [REDACTED] emails exchanged between Plaintiff and Scott Briggs.

18. Attached as <u>Exhibit M is</u> a true and correct copy of an email sent on December 7, 2021, by Mr. Cashman to Plaintiff, Mr. Copeman, and Tucker Walsh with the subject line "Bubble."

19. █████████████████████████████████████████████

20. █████████████████████████████████████████████

21. █████████████████████████████████████████████

22. Attached as <u>Exhibit Q</u> is a true and correct copy of a text message Mr. Copeman sent to Mr. Cashman on December 10, 2021.

23. █████████████████████████████████████████████

24. Attached as <u>Exhibit S is</u> a true and correct copy of Arrowside Ventures, LLC's Limited Liability Company Operating Agreement, dated January 1, 2022.

25. Attached as <u>Exhibit T</u> is a true and correct copy of Perseverus, LLC's Limited Liability Company Operating Agreement.

26. Attached as <u>Exhibit U</u> is a true and current copy of Attorney Lyn R. Agre's April 8, 2024, Expert Report.

27. The second day of the deposition of Carlos Cashman occurred on May 20, 2024.

28. True and correct excerpts from day two of Mr. Cashman's deposition are attached hereto as <u>Exhibit V.</u>

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: August 13 2024        
                             Gregory A. Manousos