WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC, and Perseverus, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSERVERUS, LLC<br><br>Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECT PAPERS FROM COURT DOCKET AND REPLACE WITH PROPER REDACTED FILINGS**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

Defendants seek to remove incorrect papers filed with this Court on July 29, 2024, and replace them with a properly redacted version, simultaneously filed with this motion. Specifically, Defendants request that the entirety of their Fed. R. Civ. P. 56 filings submitted to the Court through ECF be removed from the docket. As grounds therefor, Defendants state that through inadvertence, material designated as "confidential" pursuant to the Stipulated Protective Order issued in this case (Docket No. 50) was disclosed in these filings. As a result, Defendants seek to remedy the inadvertent disclosure by removing the incorrect papers in their entirety, and by re-filing Defendants' summary judgment motion (with exhibits) with all appropriate redactions. Defendants will also simultaneously file the appropriate Administrative Motion(s) to Consider Whether Other Parties' Materials Should Be Sealed.

For the reasons outlined above, the Defendants request that this motion be allowed.

DEFENDANTS,

CARLOS CASHMAN,
ARROWSIDE VENTURES, LLC,
ARROWSIDE CAPITAL, LLC,
ARROWSIDE FUND GP, LLC,
CASHMAN FAMILY INVESTMENTS II, LLC,
and PERSEVERUS, LLC

By their attorneys,

*Gregory Manousos*

Gregory A. Manousos (admitted *pro hac vice*)
Jeffrey T. Collins (admitted *pro hac vice*)
MORGAN, BROWN & JOY, LLP
200 State Street, Suite 11A
Boston, MA 02109
P: (617) 523-6666
F: (617) 367-3125
E: gmanousos@morganbrown.com
jcollins@morganbrown.com

Dated: August 13, 2024

2

DEFENDANTS' MOTION TO REMOVE INCORRECT PAPERS FROM COURT DOCKET AND
REPLACE WITH PROPER REDACTED FILINGS                Case No. 3:22-cv-02010-AMO

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, a copy of the foregoing document, filed through the ECF system, will be served on Plaintiff as provided by the Notice of Electronic Filing (NEF).

                                                */s/ Jeffrey T. Collins*
                                                Jeffrey T. Collins

3

DEFENDANTS' MOTION TO REMOVE INCORRECT PAPERS FROM COURT DOCKET AND REPLACE WITH PROPER REDACTED FILINGS         Case No. 3:22-cv-02010-AMO