WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC and Perseverus*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO (DMR) |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED** |
| vs. | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC, | Judge: Hon. Araceli Martínez-Olguín<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC, and

- 1 -

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED
Case No.: 3:22-cv-02010-AMO

Perseverus, LLC (collectively, the "Defendants") and Third Party Founders Fund hereby stipulate and agree as follows:

WHEREAS, Defendants filed an Administrative Motion to Consider Whether Other Parties' Material Should be Sealed on August 13, 2024 (ECF # 132) (the "Motion");

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), Founders Fund's deadline to file a statement and/or declaration of the applicable legal standard and reasons for keeping documents under seal is August 20, 2024;

WHEREAS, Founders Fund received service of the Motion on August 19, 2024;

WHEREAS, Founders Fund will require additional time to submit a statement and/or declaration in support of the Motion.

IT IS HEREBY AGREED AND STIPULATED that:

Founders Fund shall file its of the statement and/or declaration of the applicable legal standard and reasons for keeping documents under seal no later than **August 26, 2024**.

DATED: August 20, 2024				Respectfully submitted,

By:  */s/ Jeffrey Collins*
   Jeffrey Collins (admitted pro hac vice)
   Gregory A Manousos (admitted pro hac vice)
   Morgan Brown & Joy, LLP
   200 State Street, Suite 11A
   Boston, MA 02109
   Telephone: (617) 523-6666
   jcollins@morganbrown.com
   gmanousos@morganbrown.com

   Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC

IT IS SO STIPULATED.

1  DATED: August 20, 2024             Respectfully submitted,

2                                     By:     /s/ John F. Frost
3                                         John F. Frost (302134)
                                           Lewis & Llewellyn LLP
4                                          601 Montgomery Street, Suite 200
                                           San Francisco, CA 94111
5
                                           Attorney for Founders Fund
6

7  *PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

8  Dated:   August            , 2024

9

10

11
                                       By:_____
12                                           Hon. Araceli Martínez-Olguín
                                             United States District Judge
13

- 3 -

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES'
MATERIALS SHOULD BE SEALED
Case No.: 3:22-cv-02010-AMO

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document was obtained from each of the signatories hereto.

By: _/s/ Jeffrey Collins_
Jeffrey Collins