WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC and Perseverus*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC, <br><br> Defendants. | Case No.: 3:22-cv-02010-AMO (DMR) <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Araceli Martínez-Olguín <br> Action filed: March 1, 2022 <br> Trial Date: March 31, 2025 |

Pursuant to Civil Local Rule 6-2, Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC, and

- 1 -

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED
Case No.: 3:22-cv-02010-AMO

Perseverus, LLC (collectively, the "Defendants") and Third Party Founders Fund hereby stipulate and agree as follows:

WHEREAS, Defendants filed an Administrative Motion to Consider Whether Other Parties' Material Should be Sealed on August 13, 2024 (ECF # 132) (the "Motion");

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), Founders Fund's deadline to file a statement and/or declaration of the applicable legal standard and reasons for keeping documents under seal is August 20, 2024;

WHEREAS, Founders Fund received service of the Motion on August 19, 2024;

WHEREAS, Founders Fund will require additional time to submit a statement and/or declaration in support of the Motion.

IT IS HEREBY AGREED AND STIPULATED that:

Founders Fund shall file its of the statement and/or declaration of the applicable legal standard and reasons for keeping documents under seal no later than **August 26, 2024**.

DATED: August 20, 2024   Respectfully submitted,

By:   */s/ Jeffrey Collins*
   Jeffrey Collins (admitted pro hac vice)
   Gregory A Manousos (admitted pro hac vice)
   Morgan Brown & Joy, LLP
   200 State Street, Suite 11A
   Boston, MA 02109
   Telephone: (617) 523-6666
   jcollins@morganbrown.com
   gmanousos@morganbrown.com

   Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC

IT IS SO STIPULATED.

DATED: August 20, 2024

Respectfully submitted,

By:    */s/ John F. Frost*
John F. Frost (302134)
Lewis & Llewellyn LLP
601 Montgomery Street, Suite 200
San Francisco, CA 94111

Attorney for Founders Fund

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED:*

Founders Fund shall file its papers in support of sealing by no later than August 26, 2024. The parties are reminded that sealing papers must conform to Civil Local Rule 79-5 and Paragraph H.7 of the Court's Standing Order for Civil Cases.  Courtesy copies are due within three days of filing pursuant to Paragraph H.6.  To date, the Court has not received courtesy copies of any papers relating to Defendants' motion for summary judgment.

Dated:   August 20, 2024

By: _____
Hon. Araceli Martínez-Olguín
United States District Judge