UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSEVERUS, LLC,<br><br>　　　　Defendant(s). | Case Number: 3:22-cv-02010-AMO<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINES**<br><br>***As Modified by the Court*** |

Counsel report that they have conferred regarding Defendants' anticipation of filing a *Daubert* motion and the proposed scheduling order deadlines in this case. Pursuant to Civil Local Rule 6-2, the parties file this stipulated request for an order of this Court modifying the Case Management Scheduling Order and extending the scheduling order deadlines as follows:

1. Plaintiff's opposition to Defendants' Motion for Summary Judgment, and Plaintiff's Daubert motion(s) due on September 9, 2024.

2. Defendants' reply in support of Defendants' Motion for Summary Judgment, Defendants' Daubert motion(s), and Defendants' opposition to Plaintiff's Daubert motion(s) due on September 24, 2024.

1

STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER
AND EXTEND DEADLINE　　　　　　　　　　　　　　　　　　　　　3:22-cv-02010-AMO

3. Plaintiff's reply in support of Daubert motion(s) and Plaintiff's opposition to Defendants' Daubert motion(s) due on October 8, 2024.

4. Defendants' reply in support of Daubert motion(s) due on October 15, 2024.

5. Hearing on Summary Judgment and Daubert motions on November 7, 2024, at 2:00 p.m.

6. Joint pretrial conference statement due on February 28, 2025.

7. Pretrial conference on March 13, 2025.

8. Jury Trial (7 days) commencing on March 31, 2025 at 8:30 a.m.

Attached as <u>Exhibit A</u> is a declaration in support of this stipulated request as required by Civil L.R. 6-2(a).

Dated: August 23, 2024   *Reid Skibell*
                          Counsel for Plaintiff

Dated: August 23, 2024   *Gregory Manousos*
                          Counsel for Defendants

~~[PROPOSED]~~ ORDER  *As Modified by the Court*

1. Plaintiff's opposition to Defendants' Motion for Summary Judgment and Plaintiff's Daubert motion(s) due on ~~September 9, 2024.~~  **September 6, 2024**

2. Defendants' reply in support of Defendants' Motion for Summary Judgment, Defendants' Daubert motion(s), and Defendants' opposition to Plaintiff's Daubert motion(s) due on ~~September 24, 2024.~~  **September 20, 2024**

3. Plaintiff's reply in support of Daubert motion(s) and Plaintiff's opposition to Defendants' Daubert motion(s) due on ~~October 8, 2024.~~  **September 30, 2024**

4. Defendants' reply in support of Daubert motion(s) due on ~~October 15, 2024.~~  **October 7, 2024**

5. Hearing on Summary Judgment and Daubert motions on November 7, 2024, at 2:00 p.m.

6. Joint pretrial conference statement due on February 28, 2025.

7. Pretrial conference on March 13, 2025.

8. Jury Trial (7 days) commencing on March 31, 2025 at 8:30 a.m.

**Each side may file no more than 3 Daubert motions.  Opening briefs and opposition briefs shall not exceed 5 pages.  Replies shall not exceed 3 pages.  The parties are reminded that courtesy copies of all filings are due delivered within 3 days of filing.  Notwithstanding the Court's prior reminder, see ECF 139, the Court has yet to receive courtesy copies of any papers relating to Defendants' motion for summary judgment, which was originally filed July 29, 2024.**

IT IS SO ORDERED.

Dated:  August 26, 2024                                     _____
                                                                                  **Araceli Martínez-Olguín**
                                                                                  **UNITED STATES DISTRICT JUDGE**