# EXHIBIT A

```
                                      Volume: 1
                                      Pages: 1-284
                                      Exhibits: 1-16

         UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF CALIFORNIA


    ---------------------------------------------x
    STACY CHANG,
         Plaintiff,


             -against-      Case No.

                            3:22-cv-02010-RS


    CAPITAL, LLC, ARROWSIDE FUND GP, LLC,
    ARROWSIDE VENTURES, LLC, and
    CASHMAN FAMILY INVESTMENTS II LLC,
         Defendants.
    ---------------------------------------------x


           EXAMINATION BEFORE TRIAL of the Plaintiff,

    STACY CHANG, taken by the Defendants, pursuant to

    Notice, held at the offices of Kramer Levin, 1177

    Avenue of the Americas, New York, New York 10036,

    on September 8, 2023, at 9:49 a.m., before a Notary

    Public of the State of New York.
```

1  A.   Yes.
2  Q.   With the scope and growth, is that what you
3  were just referring to, that there wasn't a likely
4  prospect of you being able to move to a partner
10:59:45 5  level?
6  A.   Yes.
7  Q.   And you wanted to try to find that
8  opportunity somewhere else?
9  A.   Yes.
10:59:49 10  Q.   Okay.  And in fact, you spoke with -- you
11  spoke with Tom about that as well, correct, and
12  told him that you wanted to leave Founders Fund
13  because the scope and growth wasn't there?  By Tom,
14  obviously I mean Tom Copeman.
11:00:04 15  A.   Tom actually asked me first what I was --
16  you know, how I was doing at Founders Fund and if I
17  was open to other opportunities.  And I expressed
18  to him that I was if it was something that was
19  meaningful, a step up, of upward trajectory, as a
11:00:25 20  partner.  I was pretty clear on that.
21  Q.   Okay.  Did you talk -- and you told Tom
22  specifically that you felt like the scope and
23  growth wasn't there at Founders Fund for you?
24  A.   Yes.
11:00:36 25  Q.   Okay.  Okay.  And -- and your testimony is

| | |
|---|---|
| 1 | Q.      And did he ever tell you, We are definitely |
| 2 | going ahead with this? |
| 3 | A.      Yes. |
| 4 | Q.      When? |
| 13:30:52  5 | A.      He told me that the -- when we met on |
| 6 | September 22nd, he said that the capital that was |
| 7 | going to be associated with funding this platform |
| 8 | was going to be directly connected from the Series |
| 9 | D Thrasio round.  And he believed -- I mean, I -- I |
| 13:31:11 10 | remember very distinctly, like, nothing is done |
| 11 | until it's done, but we are, like, 99 percent |
| 12 | there.  But he's like, you understand there's, |
| 13 | like -- you know, it's not done until it's, like, |
| 14 | wired.  And I was like, got it. |
| 13:31:24 15 | But I knew who the lead was; I knew who -- |
| 16 | you know, that it was a significant round.  And I |
| 17 | know that there was secondary that was associated |
| 18 | with that.  And at the time, it really was just |
| 19 | dependent on when that closed.  Which I think -- I |
| 13:31:40 20 | believe it closed either a week or two or something |
| 21 | along those lines later, which accelerated the -- |
| 22 | why we started ramping up more active investments, |
| 23 | formalizing the documents, getting the email |
| 24 | address, starting to really, like, sell the brand. |
| 13:31:59 25 | And -- and for me winding down so that I can give |

|  |  |
|--|--|
| 1 | notice, because again, that's what the plan was. |
| 2 | Q.     Did he ever -- did Carlos ever say what |
| 3 | amount he was going to seed -- invest in -- in -- |
| 4 | in whatever entity became Arrowside? |
| 13:32:17  5 | A.     So the number was always 10 million for |
| 6 | Ventures, and 25 to 30 for the crossover and public |
| 7 | side. |
| 8 | Q.     Did he ever -- have you ever seen a |
| 9 | document where he said that in writing? |
| 13:32:37 10 | A.     There's the text message between him and |
| 11 | Tom that says, I've given you, let's say, roughly |
| 12 | 10 million. |
| 13 | Q.     Okay. |
| 14 | A.     And Tom shared that with me. |
| 13:32:46 15 | Q.     Okay.  And it's -- and your recollection is |
| 16 | it says, I've given you roughly 10 million? |
| 17 | A.     He said -- I'd have to read the actual |
| 18 | text, but it's along the lines of, like, I've -- |
| 19 | I've allocated money for you, let's just say 10 |
| 13:33:04 20 | million to start, or something.  We can pull up the |
| 21 | actual text. |
| 22 | Q.     There's some other documents that refer to |
| 23 | Carlos's investment as being 5 million.  Would you |
| 24 | agree with that? |
| 13:33:16 25 | A.     I think that's referring to 5 million of |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q.      Okay.  There was never a job title                   |
|       | 2  | established for you in terms of what your title              |
|       | 3  | would be at Arrowside Ventures, correct?                     |
|       | 4  | A.      No; it was partner.                                  |
| 14:41:55 | 5  | Q.      And where -- and how do you -- why are you        |
|       | 6  | saying that?  What's your basis for saying that?             |
|       | 7  | A.      There's a variety -- there's a -- there's            |
|       | 8  | various points to that:  One, was I was pitched on           |
|       | 9  | this to become a partner; and therefore, when Tom            |
| 14:42:16 | 10 | first mentioned it to me, it was pitched to me as          |
|       | 11 | this opportunity to join something as a partner, to          |
|       | 12 | get partner-level carried interest, to get                   |
|       | 13 | partner-level decision-making.  And to really, you           |
|       | 14 | know, again, get that level of responsibility.               |
| 14:42:33 | 15 |         It's -- it was always referenced that I was        |
|       | 16 | a partner.  When we had even the dispute, and Tom            |
|       | 17 | and I were discussing some of the things that we             |
|       | 18 | disagreed on, he was like, You do recognize I'm the          |
|       | 19 | managing partner and you're just a partner.  And he          |
| 14:42:56 | 20 | was pulling rank there.                                    |
|       | 21 |         There also are text messages that reference          |
|       | 22 | Tucker as just a partner in the line -- in the               |
|       | 23 | spirit, I suppose, of saying that he also was a              |
|       | 24 | partner like us, and therefore, some of his emails           |
| 14:43:19 | 25 | were a little too demeaning.  And there was never          |

```
 1   any other titles that were discussed.
 2   Q.    Right.  Was there -- okay.  And there
 3   isn't -- you never had, like, a job description or
 4   anything that contained a title of partner,
 5   correct?  Like, that never got created?
 6   A.    I -- we had a deck that was just in the
 7   beginning stages, and there would be a team slide.
 8   But that wasn't -- that was very early stages.  And
 9   so there's not -- to my understanding and what I
10   can recall, that's -- that's one piece of it.
11   Q.    All right.  And there were -- there were
12   never any job descriptions created for anyone,
13   correct?
14   A.    Like official job descriptions?
15   Q.    Yeah.  Like the ones you would typically
16   see in connection with an employment situation?
17   A.    No.
18   Q.    Okay.  So there was another meeting in
19   September of 2021 in person, correct?
20   A.    That's correct.
21   Q.    So you were traveling to the East Coast for
22   business or some other purpose, and then you came
23   to Boston as well?
24   A.    Yes.
25   Q.    Was it -- you were coming to the East Coast
```

| | |
|---|---|
| 1 | for a Founders Fund purpose? |
| 2 | A.     I had a board commitment in New York. |
| 3 | Q.     Okay. |
| 4 | A.     And it was discussed in -- during the |
| 5 | summer on Zoom together.  I -- I cannot recall if |
| 6 | it was the -- the one in June.  Carlos had asked |
| 7 | me, When are you next on the East Coast?  We should |
| 8 | meet.  I said I wasn't sure at the time, and I |
| 9 | would let him know. |
| 10 | Q.     What was -- and what happened at that |
| 11 | meeting? |
| 12 | A.     So could you specify which meeting you're |
| 13 | referring to? |
| 14 | Q.     Sorry. Yeah. Good question.  The one -- |
| 15 | the one in June in person in Boston. |
| 16 | A.     You mean the one in September? |
| 17 | Q.     In September -- |
| 18 | A.     Yes. |
| 19 | Q.     -- in Boston. |
| 20 | A.     Would you, like -- I mean, there were -- |
| 21 | there were multiple meetings. |
| 22 | Q.     Why don't we start with the first of them. |
| 23 | A.     Okay.  So Scott, Tom, and I met for lunch |
| 24 | on the 22nd in Wellesley. |
| 25 | Q.     Scott Briggs? |

|  |  |
|---|---|
| 1 | A.   Scott Briggs, yes. |
| 2 |      We met for lunch in Wellesley, and this was |
| 3 | the first time we had met each other in person.  So |
| 4 | it was obviously talking about various things that |
| 14:45:50  5 | we had discussed over Zoom -- on multiple Zooms. |
| 6 |      And -- and then we talked a little bit |
| 7 | about Arrowside -- it generally was just, like, a |
| 8 | very friend -- again, this was the first time we're |
| 9 | meeting each other.  So we had lunch.  And after |
| 14:46:11 10 | that, Scott went his separate way and was going -- |
| 11 | and he would come back for the dinner.  But Tom and |
| 12 | I then went to his home, where we -- |
| 13 | Q.   To Carlos's home? |
| 14 | A.   No.  We went to Tom's home, yeah, which is |
| 14:46:30 15 | in Wellesley.  And we -- we first took a walk.  I |
| 16 | think he had to walk his dog.  So we -- we took a |
| 17 | walk and talked about the upcoming meeting with -- |
| 18 | that would be with Carlos mand Tucker ended up |
| 19 | joining for part it. |
| 14:46:46 20 |      So we talked through some of the things |
| 21 | that we wanted to go through and made some |
| 22 | revisions to the outline that we would use, which I |
| 23 | believe has been produced.  So there were various |
| 24 | things.  We wanted to talk about if we had, like, |
| 14:47:01 25 | a -- a one- to two-sentence thesis, you know, |

|       |                                                              |
|-------|--------------------------------------------------------------|
| 1     | something that really, like, was a punchy catch              |
| 2     | line.                                                        |
| 3     | (Reporter clarification.)                                    |
| 4     | A.   Sorry.  So we talked through that.  We went             |
| 5     | over sectors and bucketing them.  And again, we can          |
| 6     | go through -- it's highlighted in the deck.                  |
| 7     | Q.   We can pull it up.  It's number 35.  We'll              |
| 8     | mark it as Exhibit 10.  It starts with an email              |
| 9     | dated September 17th, which is Chang 3371 and then           |
| 10    | goes into a slide deck at 3372.                              |
| 11    | (Defendants' Exhibit 10, email and slide                     |
| 12    | deck, was marked for identification.)                        |
| 13    | A.   Yes.  So we went over -- we went over a                 |
| 14    | variety of things.  But the idea was we were going           |
| 15    | to really talk about just the main topics that we            |
| 16    | were going to discuss with Carlos, and what were             |
| 17    | some of the questions that we had that would be,             |
| 18    | you know, good to get Carlos's take on.                      |
| 19    | For example, decision-making when it comes                   |
| 20    | to deals, generally how many deals, how do we get            |
| 21    | to the outcomes that we want, things like that.              |
| 22    | And -- and so we discussed that.  And then we -- we          |
| 23    | were supposed to meet at Thrasio; and I don't know           |
| 24    | where Thrasio's office is.  But somehow through,             |
| 25    | like, text messaging or whatnot, we ended up just            |

Timestamps: 14:47:13 (line 5), 14:47:34 (line 10), 14:48:08 (line 15), 14:48:26 (line 20), 14:48:49 (line 25)

```
 1     at Carlos's house.
 2             So we met at Carlos's house, and it was
 3     Tom, Carlos, and myself for, like, a portion of
 4     time.  He -- you know, first we started with, like,
 5     a bunch of, you know, just kind small talk.  He,
 6     you know, reiterated that the funding of this would
 7     come with the Series D close of secondary -- I mean
 8     of the -- of the actual round and that the
 9     secondary piece was going to happen when -- when
10     that closed.
11     Q.    You're talking about close -- the close of
12     Thrasio?
13     A.    Of Thrasio, yes.  And that the -- he was 99
14     percent there, and that he -- you know, he was
15     obviously -- that's a very large close, and that he
16     was sort of dealing with all of that and some of
17     his -- some of the changes that have been happening
18     with his cofounder, Josh.
19             So, you know, and -- and I said that
20     makes -- that makes sense.  And should we, like,
21     dive into some of these topics.  And, I mean, we
22     talked about all sorts of things.  At some point
23     Tucker joined.  I did not realize that Tucker was
24     Tom's -- or not Tom -- was Carlos's neighbor.  But
25     yeah, he just, like -- you know, I guess somebody
```

```
 1   texted.  He -- he, like -- he joined and --
 2                  (Reporter clarification.)
 3   A.    Sorry.  Maybe he was supposed to join as
 4   well.  It wasn't entirely clear.  One of the -- oh,
 5   sorry.
 6   Q.    I'm just trying to focus you in a little
 7   bit because we can probably tighten -- make this go
 8   a little bit faster.
 9   A.    Okay.  Sure, sure.
10   Q.    So high level, what was discussed at that
11   meeting?
12   A.    We discussed -- we discussed it -- the four
13   of us how we wanted to brand this externally,
14   Arrowside.  So do we want to say that this was
15   family office or do we want to bring this out as
16   more of, like, a fund.  The reason that's important
17   is because family offices in venture tend to get a
18   little bit of a secondary reputation relative to
19   funds.  And there's a variety of reasons for that.
20   And sometimes branding -- I can just give a quick
21   example.
22          ICONIQ Capital is known as Mark
23   Zuckerberg's family office, but it's been branded
24   so far beyond that even though it's Mark
25   Zuckerberg, and other families, Sheryl Sandberg.
```

|            |    |                                                           |
|------------|----|-----------------------------------------------------------|
|            | 1  | There's other ones, but it's ICONIQ Capital and           |
|            | 2  | they have their own brand.                                |
|            | 3  | Q.     Got it.                                            |
|            | 4  | A.     So we discussed a lot about that.                  |
| 14:51:29   | 5  | Q.     Okay.  So you're essentially brainstorming         |
|            | 6  | on some of these items that appear on this line, so       |
|            | 7  | branding and value add in differentiation and so          |
|            | 8  | forth?                                                    |
|            | 9  | A.     Yes.  And we -- we talked about how to vote        |
| 14:51:45   | 10 | and make decisions.  So there was this idea of how        |
|            | 11 | much does Carlos want to be involved in actually          |
|            | 12 | making a decision.  And he said that ultimately he        |
|            | 13 | wanted Tom, myself, and Tucker to be making               |
|            | 14 | decisions and to loop him in when we felt like we         |
| 14:52:08   | 15 | needed an opinion on something.  And that he didn't       |
|            | 16 | need to be, like, a vote -- you know, like, there's       |
|            | 17 | -- there's often structures where, like, somebody         |
|            | 18 | has to vote something through or something like           |
|            | 19 | that.                                                     |
| 14:52:23   | 20 |        So we really got to an answer around that          |
|            | 21 | because that was a big question of, okay, how are         |
|            | 22 | we going to include or not -- Carlos in -- in this        |
|            | 23 | amount of deal flow.                                      |
|            | 24 | Q.     Okay.  There's the next slide, it's -- 3376        |
| 14:52:42   | 25 | is the Bates stamp called financials and operating        |

```
 1    budget.  Do you see that?
 2    A.      Yes.
 3    Q.      This refers to, at the bottom, your
 4    2-million dollar operating budget.  What was that
 5    based on?
 6    A.      That's based on just, in this case, a fund
 7    size of a hundred million.
 8    Q.      Okay.  All right.  So obviously a
 9    significantly higher budget than the budget that
10    had been circulating in October and December which
11    was more like an 8 or 900,000-dollar budget.
12    A.      Yes.
13    Q.      Right?  So this was 2 million, but it's
14    assuming a fund size of a hundred million?
15    A.      That's correct.
16    Q.      Was that -- in September, was that sort of,
17    like, the optimistic goal is that you could get to
18    a hundred million?
19    A.      It was based off of the strategy that we
20    wanted to deploy as, like, institutional seed,
21    which means a check size that's of a slightly
22    higher clip than what you would see.  So that means
23    usually a larger check, a more concentrated bet.
24            And therefore, if you did that with a
25    smaller fund, you have a very, like, difficult
```

|  |  |
|---|---|
| 1 | profile because you can only do a few.  And seed |
| 2 | investing is about balance between volume and |
| 3 | quality.  You have to get it right. |
| 4 | You can do that with -- it doesn't have to |
| 14:54:07  5 | be a hundred million.  But as we have talked about, |
| 6 | that's why that -- that's just there.  When we |
| 7 | looked at what was manageable, we felt that, like, |
| 8 | trying to get to 40 or 50 was achievable, and thus |
| 9 | why we were looking more at, like, a |
| 14:54:24 10 | 1-million-dollar operating budget.  And that's why |
| 11 | the budget, you know, came in under. |
| 12 | Q.    Could you pull up number 27, please, which |
| 13 | we'll mark as Exhibit 11.  It's a one-page email |
| 14 | dated November 3rd. |
| 14:54:51 15 | (Defendants' Exhibit 11, email, was marked |
| 16 | for identification.) |
| 17 | A.    Yes. |
| 18 | Q.    So in this email that you're sending to |
| 19 | Tom, you're -- you're -- you're mentioning sort of |
| 14:55:07 20 | two different models for a carry structure for |
| 21 | Arrowside, right?  One is fund level and one is a |
| 22 | deal-by-deal carry, correct? |
| 23 | A.    Yes. |
| 24 | Q.    And so fair to say that by this date, |
| 14:55:20 25 | November 3rd, there still hadn't been any decisions |