GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
44 Montgomery Street, Suite 2140
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II, LLC, and PERSEVERUS, LLC,<br><br>Defendants. | Case Number: 3:22-cv-02010-AMO<br><br>**DECLARATION OF ASHLEY ZITRIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>San Francisco Courthouse, 19th Floor, Courtroom 10<br>Hearing Date: Thursday. November 7, 2024<br>Time: 2:00 p.m.<br>Action filed: March 29, 2022<br>Trial Date: March 31, 2025 |

I, Ashley Zitrin, am an attorney with the law firm of Glenn Agre Bergman & Fuentes LLP, San Francisco, California. In that capacity, I am counsel of record for the Plaintiff in the above-captioned matter. I am familiar with the facts of this case as represented in Plaintiff's Opposition to

- 1 -

Defendants' Motion for Summary Judgment and Partial Summary Judgment, filed herewith. I state the following in support of that motion:

1. On September 7, 2023, the first deposition of Defendant Carlos Cashman occurred.

2. True and correct excerpts from Defendant Cashman's September 7, 2023, deposition transcript are attached hereto as Exhibit A.

3. On May 20, 2024, Defendant Carlos Cashman's second deposition occurred.

4. True and correct excerpts from Defendant Cashman's May 20, 2024, deposition transcript are attached hereto as Exhibit B.

5. On May 29, 2024, Anurag Chandra's deposition occurred.

6. True and correct excerpts from Anurag Chandra's deposition transcript are attached hereto as Exhibit C.

7. On September 8, 2023, Plaintiff Stacy Chang's deposition occurred.

8. True and correct excerpts from Plaintiff Stacy Chang's deposition transcript are attached hereto as Exhibit D.

9. On November 9, 2023, Thomas Copeman's deposition occurred.

10. True and correct excerpts from Thomas Copeman's deposition transcript are attached hereto as Exhibit E.

11. On January 25, 2024, Lauren Gross Bernstein's deposition occurred.

12. True and correct excerpts from Lauren Gross Bernstein's deposition transcript are attached hereto as Exhibit F.

13. On August 18, 2023, Tucker Walsh's deposition occurred.

14. True and correct excerpts from Tucker Walsh's deposition transcript are attached hereto as Exhibit G.

15. Attached as Exhibit H is a true and correct copy of DEFS 10023-24, text messages from Copeman to Cashman dated May 28, 2021 regarding Stacy joining them, and DEFS 10106-

DECLARATION OF ASHLEY ZITRIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT
Case Number: 3:22-cv-02010-AMO

DEFS 10122, Cashman's text message response to Copeman dated June 7, 2021 about Plaintiff stating "[s]he's awesome," all produced by Defendants during discovery in this case.

16.     Attached as <u>Exhibit I</u> is a true and correct copy of DEFS 6993, emails between Plaintiff, Thrasio, and Copeman dated June 15, 2021, and July 12, 2021, coordinating the September meeting, produced by Defendants during discovery in this case.

17.     Attached as <u>Exhibit J</u> is a true and correct copy of DEFS 2368, an email from Cashman to Copeman, Plaintiff, and Walsh dated September 25, 2021, Cashman states: "Yeah, love your thoughts Stacy. And again, was great to meet you in person. Went through your deck again and I really think it's insightful and awesome. Very glad to have your help with us here. :)" produced by Defendants during discovery in this case.

18.     Attached as <u>Exhibit K</u> is a true and correct copy of DEFS 10592, a text message between Cashman to Copeman dated November 17, 2021 re: Ventures investment thesis: "you are early/seed where Stacy and you saw a hole," produced by Defendants during discovery in this case.

19.     Attached as <u>Exhibit L</u> is a true and correct copy of DEFS 2339-42, an email between Walsh and Cashman dated June 9, 2021 discussing the fund, produced by Defendants during discovery in this case.

20.     Attached as <u>Exhibit M</u> is a true and correct copy of THRASIO_0002398, emails between Copeman and Cashman dated December 6, 2021 about getting the fund formed and having Plaintiff take the lead on fund formation, produced by Thrasio during discovery in this case.

21.     Attached as <u>Exhibit N</u> is a true and correct copy of DEFS 7911, emails dated October 18, 2021 and October 22, 2021 relating to Cashman attending Plaintiff and Copeman's recurring meetings, produced by Defendants during discovery in this case.

22.     Attached as <u>Exhibit O</u> is a true and correct copy of CHANG 000406-13, Plaintiff's calendar from October 8, 2021 – December 10, 2021, showing standing meetings with Plaintiff and Copeman, produced by Plaintiff during discovery in this case.

23.     Attached as <u>Exhibit P</u> is a true and correct copy of THRASIO 000136, an email from Cashman dated October 18, 2021 stating "[p]lease meet Tom and Stacy, they rock!", produced by Thrasio during discovery in this case.

24.     Attached as <u>Exhibit Q</u> is a true and correct copy of the following emails with a sample collection of work requests from Cashman for Plaintiff, produced by Defendants during discovery in this case: DEFS 7450, DEFS 7858, DEFS 4210, DEFS 3644, DEFS 3169, DEFS 4127, DEFS 3229, DEFS 2728, DEFS 2732, DEFS 7969, and DEFS 3779.

25.     Attached as <u>Exhibit R</u> are true and correct copies of the following: DEFS 10374, text message from Copeland to Cashman dated September 2, 2021 relating to a "Trello board framework" and produced by Defendants during discovery in this case; THRASIO_0003618-20, email dated December 3, 2021 between Cashman, Copeman, and Plaintiff about a slack workplace, produced by Thrasio during discovery in this case; CHANG 002849-53, text messages between Plaintiff, Cashman, and Copeman dated around October 21, 2021 relating to training Cashman and Copeman, produced by Plaintiff during discovery in this case; DEFS 4909, an October 13, 2021 email from Cashman to Copeman stating, "[w]e need a way to track all this [deal] info, have the waterfall set up for introductions so that if/when Bold passes, we get a notice to send it on to Lux, etc." and produced by Defendants during discovery in this case; Carlos Cashman's September 7, 2023 deposition transcript excerpts at 215:20-25 to 216:2-25, 247:17 to 248:19, 257:20 to 258:13 testifying he directed Plaintiff to establish Trello; CHANG 00132, an email from Plaintiff to Cashman indicating her list of housekeeping items s creating a slack channel and finalizing the Trello Pipeline Board, produced by Plaintiff during discovery in this case; DEFS 2773 email dated November 23, 2021 from Cashman to Plaintiff stating "[a]ssume we have a dropbox or Gbox to save stuff," when forwarding a closing, produced by Defendants during discovery in this case.

26.     Attached as <u>Exhibit S</u> is a true and correct copy of DEFS 1377-78, an email thread dated November 22, 2021, between Plaintiff, Derek Montolio, and Nishe regarding an investment in Nishe, produced by Defendants during discovery in this case; DEFS 7048-49, DEFS 7817-18,

DECLARATION OF ASHLEY ZITRIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT
Case Number: 3:22-cv-02010-AMO

emails dated July 15, 2921 – October 14, 2021 relating to investments in Remi, produced by Defendants during discovery in this case; DEFS 2046 and DEFS 3924, emails dated October 25, 2021 and October 26, 2021 related to investments in Remi, produced by Defendants during discovery in this case; DEFS 9259, chat dated May 27, 2019 between Copeman and Plaintiff about Versicolor investment, produced by Defendants during discovery in this case; DEFS 8207-11 October 31, 2020 and November 1, 2020 emails of Plaintiff introducing Copeman to Mark Limao and Vimla Gupta, produced by Defendants during discovery in this case.

27.     Attached as <u>Exhibit T</u> is a true and correct copy of DEFS 3158, an email dated December 16, 2021between Cashman and Copeman relating to the work Plaintiff is doing for them, produced by Defendants during discovery in this case.

28.     Attached as <u>Exhibit U</u> is a true and correct copy of DEFS 10594, a text message from Cashman to Copeman dated November 17, 2021 writing that Cashman investing on his own would "defeat[] the purpose in *hiring all you guys!*" produced by Defendants during discovery in this case.

29.     Attached as <u>Exhibit V</u> is a true and correct copy of DEFS 4778, an email dated November 7, 2021 from Cashman to Walsh, cc'ing Plaintiff and Copeman, stating, "[w]ow, this is EXACTLY why you guys are going to win out there! And exactly why I need you on my side. *Great write up and thoughts Stacy.* Thank you!" produced by Defendants during discovery in this case.

30.     Attached as <u>Exhibit W</u> is a true and correct copy of THRASIO_000099-100, an email from Cashman to Plaintiff and Copeman dated November 8, 2021, stating: "Hi, *we're from Arrowside, Carlos's team*" produced by Thrasio during discovery in this case.

31.     Attached as <u>Exhibit X</u> is a true and correct copy of DEFS 2793-94, an email dated November 9, 2021 from Cashman stating, "*Please meet Stacy and Tom, they run my investing brain. ;)*" produced by Defendants during discovery in this case.

- 5 -

DECLARATION OF ASHLEY ZITRIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT
Case Number: 3:22-cv-02010-AMO

1      32.    Attached as <u>Exhibit Y</u> is a true and correct copy of DEFS 9009, DEFS 9178-80

2 messages between Plaintiff and Copeman relating to Plaintiff's negotiations and background on

3 Perch, produced by Defendants during discovery in this case; DEFS 2242-45, DEFS 9356 emails

4 with Plaintiff, Copeman, and Cashman relating to Plaintiff's negotiations and background on

5 Retalio, produced by Defendants during discovery in this case; DEFS 3424-26 emails between

6 Plaintiff, Cashman, Copeman, and others, related to Plaintiff's involvement in the Babylist

7 investment, produced by Defendants during discovery in this case; DEFS 1491-92, email from

8 Plaintiff dated November 4, 2021 negotiating an investment in X By, and DEFS 3237-39, an email

9 from Copeman dated October 18, 2021 that Stacy would handle a call negotiating with X By, both

10 produced by Defendants during discovery in this case.

11      33.    Attached as <u>Exhibit Z</u> is a true and correct copy of THRASIO_0000088, an email

12 dated November 10, 2021, from Cashman stating, "Tom and Stacy run the ventures group,"

13 produced by Thrasio during discovery in this case.

14      34.    Attached as <u>Exhibit AA</u> is a true and correct copy of DEFS 3872, an email from

15 Cashman dated November 10, 2021, stating "introducing you to my team," produced by Defendants

16 during discovery in this case.

17      35.    Attached as <u>Exhibit BB</u> is a true and correct copy of DEFS 4708, an email from

18 Cashman dated November 11, 2021, stating "[w]ill connect with my team," produced by

19 Defendants during discovery in this case.

20      36.    Attached as <u>Exhibit CC</u> is a true and correct copy of CHANG 585, an email from

21 Copeman dated September 30, 2021, stating, "Stacy from our group is actually going to lead this for

22 us," produced by Plaintiff during discovery in this case.

23      37.    Attached as <u>Exhibit DD</u> are true and correct copies of DEFS 2206, an email from

24 Cashman dated December 5, 2021, stating that he was copying his team and copying Plaintiff, and

25 DEFS 4078, email from Cashman to Nick Eliovits, dated December 6, 2021 "copying my team,

26 Tom and Stacy, here to take a look," produced by Defendants during discovery in this case,

27

28

38.     Attached as <u>Exhibit EE</u> is a true and correct copy of CHANG 0000019, Arrowside Ventures operational expenses dated October 25, 2021, produced by Plaintiff during discovery in this case.

39.     Attached as <u>Exhibit FF</u> is a true and correct copy of CHANG 002942, text message from Plaintiff to between Scott Briggs dated on or around November 2, 2021, stating "Carlos approved my salary," produced by Plaintiff during discovery in this case.

40.     Attached as <u>Exhibit GG</u> is a true and correct copy of DEFS 4001, an email thread with Stacy Chang dated around December 7, 2021 produced by Defendants during discovery in this case.

41.     Attached as <u>Exhibit HH</u> is a true and correct copy of DEFS 9241, a message thread between Plaintiff and Copeman dated November 11, 2021, regarding Stacy giving notice to Founders, produced by Defendants during discovery in this case.

42.     Attached as <u>Exhibit II</u> is a true and correct copy of DEFS 10783-87, an email from Plaintiff stating "[w]e now have fund structure, carry structure and partner carry split all determined," on December 6, 2021, produced by Defendants during discovery in this case.

43.     Attached as <u>Exhibit JJ</u> is a true and correct copy of CHANG000051-53, chart created by Plaintiff of the fund platform and carry splits, produced by Plaintiff during discovery in this case.

44.     Attached as <u>Exhibit KK</u> is a true and correct copy of DEFS 10739, Copeman text to Cashman dated December 17, 2021: "Been working on ArrowSide since August 12th . . . and I've done it for $0 and no document between us," produced by Defendants during discovery in this case.

45.     Attached as <u>Exhibit LL</u> is a true and correct copy of DEFS 10687-90, text from Cashman to Copeman dated December 10, 2021: "I think ya mismanaged this a bit my friend" produced by Defendants during discovery in this case.

46.     Attached as <u>Exhibit MM</u> is a true and correct copy of DEFS 10683-84, Copeman text to Cashman dated December 10, 2021 informing Cashman he told Plaintiff the budget could only

DECLARATION OF ASHLEY ZITRIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT
Case Number: 3:22-cv-02010-AMO

1  handle Copeman and he would run Venture on his own, produced by Defendants during discovery

2  in this case.

3      47.      Attached as <u>Exhibit NN</u> is a true and correct copy of CHANG 002857, text between

4  Cashman and Plaintiff dated December 10, 2021, where Plaintiff suggested to Cashman that they go

5  back to the family office model rather than raising outside capital, produced by Plaintiff during

6  discovery in this case.

7      48.      Attached as <u>Exhibit OO</u> is a true and correct copy of DEFS 2721-22, Arrowside

8  Ventures, LLC's Certificate of Formation of, produced by Defendants during discovery in this case.

9      49.      Attached as <u>Exhibit PP</u> is a true and correct copy of DEFS 14128, Arrowside

10  Ventures, LLC's Operating Agreement signed by Cashman and Copeman on January 1, 2022,

11  produced by Defendants during discovery in this case.

12      50.      Attached as <u>Exhibit QQ</u> is a true and correct copy of DEFS 14088, Arrowside

13  Ventures, LLC's Operating Agreement produced by Defendants during discovery in this case.

14      51.      Attached as <u>Exhibit RR</u> is a true and correct copy of DEFS 4961, Arrowside Capital,

15  LLC's Amended and Restated LLC Agreement produced by Defendants during discovery in this

16  case.

17      52.      Attached as <u>Exhibit SS</u> is a true and correct copy of DEFS 5732-34, an email from

18  Walsh to Jen Cashman showing that Cashman provided $22 million in anchor funding to Capital via

19  its holding company Fund LP, on March 2, 2022 through his family office, Cashman Family

20  Investment, produced by Defendants during discovery in this case.

21      53.      Attached as <u>Exhibit TT</u> is a true and correct copy of DEFS 14129, Copeman's

22  Severance and General Release Agreement produced by Defendants during discovery in this case.

23      54.      Attached as <u>Exhibit UU</u> is a true and correct excerpt of the Report of P. Garth

24  Gartrell, dated April 8, 2024.

25

26

27

28

DECLARATION OF ASHLEY ZITRIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY
JUDGMENT
Case Number: 3:22-cv-02010-AMO

55. Attached as <u>Exhibit VV</u> is a true and correct copy of DEFS 9141-44, texts between Copeman and Plaintiff dated November 28, 2021, discussing her travels to Boston and NYC for Arrowside, produced by Defendants during discovery in this case.

56. Attached as <u>Exhibit WW</u> is a true and correct copy of DEFS 1358, an email from Copeman to Cashman on November 22, 2021, regarding Plaintiff's salary.

DATED: September 7, 2024

*/s/ Ashley Zitrin*
Ashley Zitrin (SBN 262238)

- 9 -