GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

<u>Attorneys for Plaintiff</u>

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC<br><br>    Defendants. | Case No.: 3:22-cv-02010-AMO (DMR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED**<br><br>Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Hearing Date: November 7, 2024<br>Action Filed: March 1, 2022<br>Trial Date: March 31, 2025 |

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTIES MATERIAL SHOULD BE SEALED
Case No.: 3:22-cv-02010-AMO (DMR)

# [PROPOSED] ORDER

The Court received Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed on September 6, 2024 and ORDERS as follows:

| Document | Dkt. No. Redacted Version | Dkt. No. Unredacted Version | Dkt. No. Decl. ISO | Party with Burden | Full or Partial Sealing | Br. Statement of Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Pl's Oppo. to MSJ | 147 | 146-1 | N/A | Third Party Founders Fund | Partial | Third Party Designated Confidential | |
| Exhibit UU to the Zitrin Declaration: Expert Report of P. Garth Gartrell | 150 | 146-2 | N/A | Third Party Founders Fund | Partial | Third Party Designated Confidential | |

IT IS SO ORDERED

Dated: _____          _____
                                          Hon. Araceli Martínez-Olguín
                                          UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTIES MATERIAL SHOULD BE SEALED
Case No.: 3:22-cv-02010-AMO (DMR)