GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

<u>Attorneys for Plaintiff</u>

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC <br><br> Defendants. | Case No.: 3:22-cv-02010-AMO (DMR) <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS'** ***DAUBERT*** **MOTION** <br><br> Dep't: Courtroom 10, 19th Floor <br> Judge: Hon. Araceli Martínez-Olguín <br> Hearing Date: November 7, 2024 <br> Time: 2:00 p.m. <br> Action Filed: March 29, 2022 <br> Trial Date: March 31, 2025 |

Pursuant to Civil Local Rule 6-2, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

WHEREAS, Defendants filed a *Daubert* Motion to Exclude Certain Opinions and Testimony of P. Garth Gartrell on Friday, September 20, 2024 (ECF # 153) (the "*Daubert* Motion"), large

1  portions of which were redacted in the public filing sent to ECF users including Plaintiff's counsel;

2  WHEREAS, on Sunday, September 22, 2024, Defendants served Plaintiff's counsel via email
3  the unredacted version of their *Daubert* Motion;

4  WHEREAS, the operative amended scheduling order was issued by the Court pursuant to the
5  Parties' stipulation on August 26, 2024, ordering that Plaintiff's Opposition to Defendants' *Daubert*
6  Motion is due September 30, 2024, and Defendants' Reply in support of their *Daubert* Motion is due
7  October 7, 2024 (ECF # 142);

8  WHEREAS, Civil Local Rule 7-3(a) advises that oppositions to motions "must be filed and
9  served not more than 14 days after the motion was filed";

10  WHEREAS, the Rosh Hashanah observance falls on October 2 to 4, 2024;

11  WHEREAS, October 14, 2024 is a Court-observed holiday, Indigenous Peoples' Day;

12  WHEREAS, the instant stipulation and supporting declaration of Ashley Zitrin was filed
13  seven or more days prior to Plaintiff's deadline to file her Opposition to Defendants' *Daubert* Motion
14  in compliance with this Court's Standing Order;

15  IT IS HEREBY AGREED AND STIPULATED that:

16  Plaintiff shall file her Opposition to Defendants' *Daubert* Motion no later than **October 7,**
17  **2024**;

18  Defendants shall file their Reply in Support of their *Daubert* Motion no later than **October**
19  **15, 2024**.

20  All previous scheduling order dates will remain as ordered by the Court, as follows:

21  Hearing on Summary Judgment and Daubert motions on November 7, 2024, at
22  2:00 p.m.;

23  Joint pretrial conference statement due on February 28, 2025;

24  Pretrial conference on March 13, 2025;

25  Jury Trial (7 days) commencing on March 31, 2025 at 8:30 a.m.

26
27
28

- 2 -
STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO
DEFENDANTS' *DAUBERT* MOTION
Case No.: 3:22-cv-02010-AMO (DMR)

IT IS SO STIPULATED.

DATED: September 23, 2024

By: *s/ Ashley Zitrin*
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (Cal. Bar No. 262238)
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
Glenn Agre Bergman & Fuentes LLP
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
rskibell@glennagre.com
azitrin@glennagre.com
lagre@glennagre.com
eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*

IT IS SO STIPULATED.

DATED: September 23, 2024

By: *s/ Jeffrey Collins*
Jack W. Weaver (Cal. Bar No. 278469)
Welty, Weaver & Currie, P.C.
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com

Jeffrey Collins (admitted *pro hac vice*)
Gregory A Manousos (admitted *pro hac vice*)
Morgan Brown & Joy, LLP
200 State Street, Suite 11A
Boston, MA 02109
Telephone: (617) 523-6666
jcollins@morganbrown.com
gmarnousos@morganbrown.com

Hartley M.K. West
Joshua D.N. Hess
Matthew F. Williams
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

- 3 -
STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO
DEFENDANTS' *DAUBERT* MOTION
Case No.: 3:22-cv-02010-AMO (DMR)

hartley.west@dechert.com
joshua.hess@dechert.com
matthew.williams@dechert.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC*

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED:*

Plaintiff shall file her Opposition to Defendants' Daubert Motion by no later than **October 3, 2024**, Defendants shall file their Reply in Support of their Daubert Motion by no later than **October 8, 2024**. While the Court is open to considering a further extended briefing schedule if the parties can demonstrate good cause for the requested extension, any such extension will require an adjustment to the remaining case schedule, including the November 7, 2024 hearing date, the pretrial conference date, and trial.

The Court reminds the parties that their case may be resolved more quickly if they consent to magistrate judge jurisdiction. The parties may consent at any time to reassignment of the case to a magistrate judge of their choice, for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). That one party refused to consent to a magistrate judge assigned off-the-wheel does not foreclose a different magistrate judge assignment. The magistrate judges in this district carry significant consent loads. Many were former partners in law firms and hail from elite legal institutions. Accordingly, each party is hereby **DIRECTED** to review the backgrounds of the magistrate judges in this district and **FILE** a consent or declination to magistrate judge jurisdiction by no later than October 18, 2024. Forms are available at https://www.cand.uscourts.gov/forms/civil-forms/, and, as noted, an assignment to a specific magistrate judge is authorized.

Dated:   September 26, 2024

By: _____
Hon. Araceli Martínez-Olguín
United States District Judge

- 4 -
STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO
DEFENDANTS' *DAUBERT* MOTION
Case No.: 3:22-cv-02010-AMO (DMR)