1  GLENN AGRE BERGMAN & FUENTES LLP
   Lyn R. Agre (SBN 178218)
2  Edward E. Shapiro (SBN 326182)
   L. Reid Skibell (admitted *pro hac vice*)
3  Ashley Zitrin (SBN 262238)
   580 California Street, Suite 1420
4  San Francisco, CA 94104
   Telephone: (415) 599-0880
5  lagre@glennagre.com
   eshapiro@glennagre.com
6  rskibell@glennagre.com
   azitrin@glennagre.com
7
   <u>Attorneys for Plaintiff</u>

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>        Plaintiff,<br><br>  vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC<br><br>        Defendants. | Case No.: 3:22-cv-02010-AMO (DMR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE INCORRECT PAPERS FROM COURT DOCKET AND REPLACE WITH PROPER FILINGS**<br><br>Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Action Filed: March 1, 2022<br>Trial Date: March 31, 2025 |

**[PROPOSED] ORDER**

The Court received Plaintiff's Motion to Remove Incorrect Papers from Court Docket and Replace with Proper Filings relating to Plaintiff's Opposition to Defendants' *Daubert* Motion (ECF No. 161 and ECF No. 164) on October 4, 2024. The Court hereby GRANTS the Motion.

IT IS SO ORDERED

Dated: October 18, 2024

Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT COURT JUDGE