WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC, and Perseverus, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSEVERUS, LLC<br><br>　　　　　Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECT PAPERS FROM COURT DOCKET AND REPLACE WITH PROPER REDACTED FILINGS**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>San Francisco Courthouse, 19th Floor, Courtroom 10<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

### ~~[PROPOSED]~~ ORDER

The Court received Defendants' Motion to Remove Incorrect Papers from Court Docket and Replace with Proper Redacted Filings on August 12, 2024. The Court hereby GRANTS the Motion.

IT IS SO ORDERED

Dated: October 21, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**