WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC, and Perseverus, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSEVERUS, LLC<br><br>　　　　　Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>San Francisco Courthouse, 19th Floor, Courtroom 10<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

**ORDER**

Before the Court is Defendants' Administrative Motion to Consider Whether Materials Designated by Founders Fund Should be Sealed, ECF 132.  Founder's Fund has submitted a declaration justifying the sealing Paragraph 82 of Exhibit G to the Declaration of Gregory A. Manousos, which is the only portion as to which Founder's Fund seeks sealing.  Accordingly, the motion is **GRANTED** as to this paragraph only; it is otherwise **DENIED**.

**IT IS SO ORDERED .**

Dated:  October 21, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

1
ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED                    CASE NO. 3:22-CV-02010-AMO