WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC Arrowside Capital, LLC, Arrowside Fund GP, LLC, Cashman Family Investments II LLC, and Perseverus, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>    Plaintiff,<br><br> v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENTS II LLC, and PERSEVERUS, LLC<br><br>    Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>San Francisco Courthouse, 19th Floor, Courtroom 10<br>Action filed: March 1, 2022<br>Trial Date: March 31, 2025 |

ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:22-cv-02010-AMO

**ORDER**

Before the Court is Defendants' Administrative Motion to Consider Whether Plaintiff's Materials Should be Sealed, ECF 133.  Plaintiff's response to the motion indicates that she has reviewed the information sought to be sealed and does not seek to seal any of the text identified in Defendant's motion to seal, mindful of the Court's strong preference to avoid sealing filed materials.  Accordingly, the motion is **DENIED**.  Defendants are on notice that future motions to seal must conform to Civil Local Rule 79-5 and paragraph H.7 of the Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: October 21, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**