GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC<br><br>Defendants. | Case No.: 3:22-cv-02010-AMO (DMR)<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT PERSEVERUS**<br><br>Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Action Filed: March 29, 2022<br>Trial Date: March 31, 2025 |

Pursuant to Federal Rule of Civil Procedure 41, and Civil Local Rule 7-12, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC (collectively "the Original Defendants"), and Perseverus, LLC ("Perseverus") (collectively "All Defendants") hereby stipulate and agree as follows:

**WHEREAS**, On March 29, 2022, Plaintiff filed her Original Complaint against the Original

Defendants in the above captioned matter (the "Action"). ECF No. 1;

**WHEREAS**, on July 25, 2022, Plaintiff filed her First Amended Complaint in the Action against the Original Defendants for clarification, but did not add or dismiss any claims or parties. ECF No. 32;

**WHEREAS**, on March 20, 2024, Plaintiff filed her Second Amended Complaint with permission from the Court, adding Perseverus as a Defendant and asserting against it a claim of Unjust Enrichment individually (Plaintiff's sixth cause of action ("COA")), and claims of Fraudulent Inducement, Negligent Misrepresentation, California Labor Code and Business and Professions Code violations, Breach of Contract, and Promissory Estoppel, as an alleged successor in interest to Ventures (COAs 1-5, 7-9). ECF No. 109;

**WHEREAS**, fact discovery relating to Perseverus closed on May 28, 2024. ECF No. 108;

**WHEREAS**, All Defendants filed their Answer to the Second Amended Complaint on July 1, 2024. ECF No. 127;

**WHEREAS**, All Defendants filed a corrected Motion for Summary Judgment or Partial Summary Judgment on August 13, 2024. ECF No. 134;

**WHEREAS**, Plaintiff wishes to dismiss with prejudice Perseverus as a Defendant in the Action;

**WHEREAS**, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows Plaintiff to dismiss one Defendant from the Action pursuant to stipulation by all parties. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Wright & Miller, 9 Fed. Prac. & Proc. Civ. § 2362 (4th ed.);

**WHEREAS**, the stipulated dismissal is self-executing upon filing and does not require Court approval. Wright & Miller, 9 Fed. Prac. & Proc. Civ. § 2363;

**WHEREAS**, the Parties have agreed to the dismissal with prejudice of Perseverus as a Defendant in the Action;

**WHEREAS**, the Parties have agreed to each be responsible for their own attorneys' fees and costs from prosecuting or defending Perseverus alone as a Defendant in the Action, incurred from the beginning of time until the execution of this stipulated agreement;

**NOW, THEREFORE**, pursuant to Federal Rule of Civil Procedure 41 and Civil L.R. 7-12, the Parties, by and through their counsel of record, hereby stipulate and agree that:

1. Perseverus is voluntarily dismissed with prejudice as a Defendant in the Action.

2. The stipulated dismissal with prejudice of Perseverus as a Defendant in the Action shall have no effect on any other claims, parties or defenses, including but not limited to the allegations and claims Plaintiff asserts against the Original Defendants.

3. No Party is owed attorneys' fees or costs as to the prosecution or defense of Perseverus as a Defendant in the Action.

4. The Parties' agreement on attorneys' fees as to Perseverus shall have no effect on any other claims, parties or defenses, including but not limited to the allegations and claims Plaintiff asserts against the Original Defendants, and their defenses to those allegations and claims.

**IT IS SO STIPULATED.**

DATED: November 7, 2024

By: *_/s/ L. Reid Skibell_*

L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (Cal. Bar No. 262238)
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
Glenn Agre Bergman & Fuentes LLP
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
rskibell@glennagre.com
azitrin@glennagre.com
lagre@glennagre.com
eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*

DATED: November 7, 2024

By: *_/s/ Gregory A. Manousos_*

Jack W. Weaver (Cal. Bar No. 278469)
Welty, Weaver & Currie, P.C.

3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com

Jeffrey Collins (admitted *pro hac vice*)
Gregory A Manousos (admitted *pro hac vice*)
Morgan Brown & Joy, LLP
200 State Street, Suite 11A
Boston, MA 02109
Telephone: (617) 523-6666
jcollins@morganbrown.com
gmarnousos@morganbrown.com

Hartley M.K. West (SBN 191609)
Joshua D.N. Hess (SBN 244115)
Matthew F. Williams (SBN 323775)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 262-4500
hartley.west@dechert.com
joshua.hess@dechert.com
matthew.williams@dechert.com

*Attorneys for Defendants Carlos Cashman, Arrowside Capital LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC.*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document was obtained from each of the signatories hereto.

By: */s/ Ashley Zitrin*
Ashley Zitrin