GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO (DMR) |
| Plaintiff, | [PROPOSED] ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED |
| vs. | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, CASHMAN FAMILY INVESTMENT II LLC, and PERSEVERUS, LLC | Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Hearing Date: November 7, 2024<br>Action Filed: March 1, 2022<br>Trial Date: March 31, 2025 |
| Defendants. | |

# [PROPOSED] ORDER

The Court received Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed on September 6, 2024 and ORDERS as follows:

| Document | Dkt. No. Redacted Version | Dkt. No. Unredacted Version | Dkt. No. Decl. ISO | Party with Burden | Full or Partial Sealing | Basis for Ruling | Granted/Denied |
|---|---|---|---|---|---|---|---|
| Pl's Oppo. to MSJ | 147 | 146-1 | N/A | Third Party Founders Fund | Partial | No objection from designating party to public filing. | **DENIED** |
| Exhibit UU to the Zitrin Declaration: Expert Report of P. Garth Gartrell | 150 | 146-2 | N/A | Third Party Founders Fund | Partial | Confidential business information, the disclosure of which would result in competitive harm to the designating party.* | **GRANTED** |

*In addition, the proposed redactions are narrowly tailored and do not impede the public's ability to understand the basis for the Court's forthcoming ruling on the underlying substantive motion.

IT IS SO ORDERED.

Dated: November 12, 2024

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT COURT JUDGE