UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS CASHMAN, et al.,<br><br>        Defendants. | Case No. 22-cv-02010-AMO<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 154, 167 |

Before the Court are two motions to seal filed in connection with a pending Daubert motion. ECF 154, 167. The motions seek to seal information designated "confidential" or "highly confidential attorney's eyes only" by a non-party. The motions propose redactions that are not narrowly tailored and are therefore **DENIED WITHOUT PREJUDICE**. The parties shall meet and confer with the designating non-party to prepare a consolidated administrative motion to seal that seeks to seal only the portions of the parties' Daubert-related filings that are truly sealable. The consolidated motion, together with any declarations offered in support of sealing and a proposed order, are due filed by no later than November 27, 2024. The filings shall comply with Civil Local Rule 79-5 and paragraph H.7 of this Court's Standing Order for Civil Cases. A word version of the proposed order on the consolidated motion must be e-mailed to amopo@cand.uscourts.gov. *See* Civil L.R. 5-1(f).

**IT IS SO ORDERED.**

Dated: November 12, 2024

                                        **ARACELI MARTÍNEZ-OLGUÍN**
                                        **United States District Judge**