LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
eburbidge@lewisllewellyn.com
John Frost (CA Bar No. 302134)
jfrost@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Non-Party
FOUNDERS FUND, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC,<br><br>Defendants. | Case No. 3:22-cv-02010-AMO (DMR)<br><br>**NONPARTY FOUNDERS FUND, LLC'S REQUEST FOR ORDER EXTENDING TIME TO FILE CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL AND STIPULATION OF PARTIES' NONOBJECTION TO EXTENSION**<br><br>Dept.: Courtroom 10, 19th Floor<br>Judge.: Hon. Araceli Martínez-Olguín<br>Hearing Date: November 7, 2024<br>Time: 2:00 p.m.<br>Action Filed: March 29, 2022<br>Trial Date: March 31, 2025 |

Pursuant to Civil Local Rule 6-2, Nonparty Founders Fund, LLC ("Founders Fund") requests an extension of time to file a consolidated motion to seal and Founders Fund stipulates as follows with Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC, and Perseverus, LLC (collectively, the "Defendants").

WHEREAS, Defendants filed a Daubert Motion to Exclude Certain Opinions and Testimony of P. Garth Gartrell on Friday, September 20, 2024 (ECF # 153) (the "Daubert Motion"), which

1  included argument and exhibits with information designated as "CONFIDENTIAL" or "HIGHLY
2  CONFIDENTIAL" by Nonparty Founders Fund;
3    WHEREAS, Plaintiff's Opposition to Defendants' Daubert Motion also included argument
4  and exhibits with information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL"
5  by Nonparty Founders Fund;
6    WHEREAS, on November 12, 2024, the Court issued an Order denying the Parties'
7  administrative motions to seal Founders Fund's information without prejudice, explaining that the
8  motions propose redactions that are not narrowly tailored and instructing the parties to meet and
9  confer with the designating non-party;
10   WHEREAS, on November 15, 2024, the Court issued an Order on the Daubert Motion under
11 seal and instructed Defendants to serve it on Nonparty Founders Fund and instructed the parties to
12 meet and confer regarding whether any designating parties seek the sealing of any part of that Order;
13   WHEREAS, Defendants served the Order on the Daubert Motion on Founders Fund on
14 November 18 by email;
15   WHEREAS, counsel for Nonparty Founders Fund is traveling for the upcoming
16 Thanksgiving holiday, from November 21 through 30,
17   WHEREAS, the current Motion to Seal is due November 27, 2024.
18   WHEREAS, given the above, Nonparty Founders Fund requests an additional five (5) court
19 days to prepare its submission, which will set the submission deadline as December 6, 2024;
20   WHEREAS, this will not impact the other deadlines in the case;
21   WHEREAS, Nonparty Founders Fund has met and conferred with Plaintiff regarding the
22 Court's Orders on the Administrative Motions to Seal and the Daubert Motion;
23   WHEREAS, Nonparty Founders Fund will meet and confer with Defendants regarding the
24 Court's Orders on the Administrative Motions to Seal and the Daubert Motion in the near future;
25   WHEREAS, Nonparty Founders Fund is diligently analyzing the various filings subject to
26 sealing requests and preparing an itemized list of the information that should be (and should not be)
27 sealed;
28   WHEREAS, Nonparty Founders Fund will prepare and file the consolidated motion along

1  with the requisite supporting materials and confirm its submission with the Parties;

2  IT IS HEREBY AGREED AND STIPULATED that:

3  Nonparty Founders Fund requests an extension to submit the joint motion of five (5) court

4  days, which will set the submission deadline as December 6, 2024;

5  Plaintiff and Defendants do not object to Nonparty Founders Fund's extension request;

6  The Parties and Founders Fund will work diligently to file a consolidated motion in

7  conformance with the Court's Orders.

8  IT IS SO STIPULATED.

9  DATED: November 22, 2024

By: /s/ John F. Frost
LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
eburbidge@lewisllewellyn.com
John F. Frost (CA Bar No. 302134)
jfrost@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

*Attorneys for Non-Party Founders Fund, LLC*

IT IS SO STIPULATED.

DATED: November 22, 2024

By: /s/ L. Reid Skibell
L. Reid Skibell (admitted *pro hac vice*)
Ashley Zitrin (Cal. Bar No. 262238)
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
Glenn Agre Bergman & Fuentes LLP
580 California Street, Suite 1420
San Francisco, CA 94104 Telephone:
(415) 599-0880
rskibell@glennagre.com
azitrin@glennagre.com
lagre@glennagre.com
eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*

1  IT IS SO STIPULATED.

2  DATED: November 22, 2024

3                                          By: */s/ Gregory A Manousos*
4                                              Jack W. Weaver (Cal. Bar No. 278469)
                                                Welty, Weaver & Currie, P.C.
5                                               3554 Round Barn Blvd., Suite 300
                                                Santa Rosa, CA 95403
6                                               Telephone: (707) 433-4842
                                                jack@weltyweaver.com
7
                                                Jeffrey Collins (admitted pro hac vice)
8                                               Gregory A Manousos (admitted pro hac vice)
                                                Morgan Brown & Joy, LLP
9                                               200 State Street, Suite 11A
                                                Boston, MA 02109
10                                              Telephone: (617) 523-6666
                                                jcollins@morganbrown.com
11                                              gmarnousos@morganbrown.com
12
                                                Hartley M.K. West
13                                              Joshua D.N. Hess
                                                Matthew F. Williams
14                                              DECHERT LLP
                                                45 Fremont Street, 26th Floor
15                                              San Francisco, California 94105
                                                Telephone: (415) 262-4500
16                                              Facsimile: (415) 262-4555
                                                hartley.west@dechert.com
17                                              joshua.hess@dechert.com
                                                matthew.williams@dechert.com
18

19                                              *Attorneys for Defendants Carlos Cashman,
                                                Arrowside Ventures, LLC, Arrowside Capital,
20                                              LLC, Arrowside Fund GP, LLC, Cashman Family
                                                Investment II, LLC, and Perseverus, LLC*
21

22

23  *PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

24  DATED:_____

25

26                                          By: _____
                                                Hon. Araceli Martínez-Olguín
27                                              United States District Judge

28

4
STIPULATED REQUEST FOR EXTENSION OF TIME
CASE NO. 3:22-CV-02010-AMO

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document was obtained from each of the signatories hereto.

By: _/s/ John F Frost_
John F. Frost