UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>            Plaintiff,<br><br>     v.<br><br>CARLOS CASHMAN, et al.,<br><br>            Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**JOINT STATEMENT ELECTING TO PARTICIPATE IN SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |

The Parties believe that a settlement conference with a magistrate judge would be fruitful at this juncture, and the parties propose assignment to Magistrate Judge Beeler.  Please advise as to next steps.

Dated: January 13, 2025        *Reid Skibell*
                                                Counsel for Plaintiff


Dated: January 13, 2025        *Gregory Manousos*
                                                Counsel for Defendants