UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACY CHANG,                    | Case No. 3:22-cv-02010-AMO |
|---------------------------------|----------------------------|
| Plaintiff,                      |                            |
| v.                              | **JOINT STATEMENT ELECTING TO PARTICIPATE IN SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |
| CARLOS CASHMAN, et al.,         |                            |
| Defendants.                     |                            |

After conferring, the Parties request assignment to Magistrate Judge Spero for a settlement conference. Please advise as to next steps.

Dated: January 16, 2025      *Reid Skibell*
                             Counsel for Plaintiff


Dated: January 16, 2025      *Gregory Manousos*
                             Counsel for Defendants