

GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY CHANG,<br><br>                  Plaintiff,<br><br>     vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENT II LLC<br><br>                 Defendants. | Case No.: 3:22-cv-02010-AMO<br><br>**STATEMENT OF INVOLVED PEOPLE AND ENTITIES**<br><br>**Jointly Submitted**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Dep't: Courtroom 10, 19th Floor<br>Action Filed: March 29, 2022<br>Pretrial Conf.: February 27, 2025 at 11 a.m.<br>Trial Date: March 24, 2025 |

Pursuant to the Court's Pretrial Scheduling Order, dated November 18, 2024 (ECF No. 185), the parties submit this joint statement of people involved in the case to be read to the jury during voir dire.

I.    **INDIVIDUALS INVOLVED:**

Andy Winton

Anurag Chandra

Ashley E. Zitrin

Brett Dietz

Carlos Cashman

Chelsea Kunin

Derek Montolio

Don Schroeder

Edward E. Shapiro

Gregory Manousos

Gus Fahey

Hartley M.K. West

Jeffrey Collins

Jennifer Cashman

Jessica Joseph

Jim Timmins

Joshua D.N. Hess

Kylie Ruschioni

L. Reid Skibell

Lauren Gross Bernstein

Leslie Pinney

Lyn R. Agre

Melissa Ciana

Michelle Nunez

P. Garth Gartrell

Richard D'Souza

JOINT STATEMENT OF INVOLVED PEOPLE AND ENTITIES
Case No.: 3:22-cv-02010-AMO

1    Robert Papandrea

2    Samantha Bennett

3    Scott Briggs

4    Stacy Chang

5    Tom Copeman

6    Tony Rezek

7    Trevor J. Welch

8    Tucker Walsh

9    W. Jack Weaver

10

11    **II.    ENTITIES INVOLVED:**

12    Arrowside Capital, LLC

13    Arrowside Fund GP, LLC

14    Arrowside Fund, L.P.

15    Arrowside Ventures, LLC

16    Cashman Family Fund, LLC

17    Cashman Family Investment I, LLC

18    Cashman Family Investment II, LLC

19    Founders Fund, LLC

20    Nishe

21    Perseverus, LLC

22    Thrasio Holdings, Inc.

23    DATED: January 16, 2025            Respectfully submitted,

24                                               By:    *s/ L. Reid Skibell*

25                                                   L. Reid Skibell (admitted *pro hac vice*)
                                                     Trevor J. Welch (admitted *pro hac vice*)

26                                                   Ashley Zitrin (Cal. Bar No. 262238)
                                                     Lyn R. Agre (Cal. Bar No. 178218)

27                                                   Edward E. Shapiro (Cal. Bar No. 326182)
                                                     Glenn Agre Bergman & Fuentes LLP

28

JOINT STATEMENT OF INVOLVED PEOPLE AND ENTITIES
Case No.: 3:22-cv-02010-AMO

580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com
lagre@glennagre.com
eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*

By:      s/ Jeffrey Collins
    Jack W. Weaver (Cal. Bar No. 278469)
    Welty, Weaver & Currie, P.C.
    3554 Round Barn Blvd., Suite 300
    Santa Rosa, CA 95403
    Telephone: (707) 433-4842
    jack@weltyweaver.com

    Jeffrey Collins (admitted *pro hac vice*)
    Gregory A Manousos (admitted *pro hac vice*)
    Morgan Brown & Joy, LLP
    200 State Street, Suite 11A
    Boston, MA 02109
    Telephone: (617) 523-6666
    jcollins@morganbrown.com
    gmarnousos@morganbrown.com

    Hartley M.K. West (SBN 191609)
    Joshua D.N. Hess (SBN 244115)
    Matthew F. Williams (SBN 323775)
    DECHERT LLP
    45 Fremont Street, 26th Floor
    San Francisco, California 94105
    Telephone: (415) 262-4500
    hartley.west@dechert.com
    joshua.hess@dechert.com
    matthew.williams@dechert.com

    *Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, and Cashman Family Investment II, LLC*

- 4 -