GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG,<br><br>  Plaintiff,<br><br>  vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENT II LLC<br><br>  Defendants. | Case No.: 3:22-cv-02010-AMO<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Courtroom 10, 19th Floor<br><br>Action Filed: March 29, 2022<br>Pretrial Conf.: Feb. 27, 2025 at 11 a.m.<br>Trial Date: March 24, 2025 |

As ordered in the Court's Pretrial Order dated November 18, 2024 (ECF No. 185), the parties jointly submit the below proposed statement of the case to be read to the jury during jury instructions.

//

//

//

This case is about an investment Chief of Staff Plaintiff Stacy Chang, who claims she was induced to leave her job based on false promises. Defendants allegedly induced her to give up her position at a preeminent VC fund, Founders Fund, by (1) falsely promising her a partnership position at a new platform, Arrowside, and (2) omitting to tell her that Defendant Carlos Cashman was not committed to starting a VC fund prior to Chang giving notice. Specifically, Plaintiff states Cashman and his agent, Tom Copeman, recruited Chang to join Arrowside, which was to have a public securities fund and a VC fund, with Cashman to provide over $30 million. Once Chang was onboard, Defendants had her do hundreds of hours of work, including closing deals of over $3.5 million; they held her out to the public as an Arrowside partner; they told Chang her compensation had been approved; and they had her purchase software and other products. Reasonably believing that Defendants were being honest, Chang put in her notice at Founders. Ten short days after Chang's last day at Founders, however, Defendants informed her that she would not be part of Arrowside. Shortly thereafter, Cashman raised Arrowside, with Copeman at the helm of the VC fund, without Chang. She seeks damages, in part, to compensate her for the value of the job she gave up, as well as for her unpaid salary and expenses.

Defendants deny making any promises of partnership in a venture fund. Defendants further state that Plaintiff is not owed wages for work she claims she performed on behalf of any Defendant. As is customary in the venture capital industry, the Parties were exploring the possibility of creating a venture capital fund; there was no employment relationship created that would warrant the payment of wages. The Parties took some actions to possibly move closer to creating a fund, with full knowledge that there was never any commitment to create and raise a fund. Plaintiff knew and understood the risks involved in exploring raising a fund, and she made the decision to leave her job at Founders Fund for her own independent reasons, and, according to Defendants, told them that she left nothing of significance "on the table" when she walked away. Defendants also contend Plaintiff knew and understood that there was never any commitment by Carlos Cashman, Thomas Copeman, (or anyone else) to raise a fund, and that ultimately any decision to raise a fund was always up in the air.

DATED: January 16, 2025          Respectfully submitted,

By:     */s/ Reid Skibell*
    L. Reid Skibell (admitted *pro hac vice*)
    Trevor J. Welch (admitted *pro hac vice*)
    Ashley Zitrin (Cal. Bar No. 262238)
    Lyn R. Agre (Cal. Bar No. 178218)
    Edward E. Shapiro (Cal. Bar No. 326182)
    Glenn Agre Bergman & Fuentes LLP
    580 California Street, Suite 1420
    San Francisco, CA 94104
    Telephone: (415) 599-0880
    rskibell@glennagre.com
    twelch@glennagre.com
    azitrin@glennagre.com
    lagre@glennagre.com
    eshapiro@glennagre.com

   *Attorneys for Plaintiff Stacy Chang*

By:     */s/ Gregory A. Manousos*
    Jack W. Weaver (Cal. Bar No. 278469)
    Welty, Weaver & Currie, P.C.
    3554 Round Barn Blvd., Suite 300
    Santa Rosa, CA 95403
    Telephone: (707) 433-4842
    jack@weltyweaver.com

    Jeffrey Collins (admitted *pro hac vice*)
    Gregory A. Manousos (admitted *pro hac vice*)
    Morgan Brown & Joy, LLP
    200 State Street, Suite 11A
    Boston, MA 02109
    Telephone: (617) 523-6666
    jcollins@morganbrown.com
    gmarnousos@morganbrown.com

    Hartley M.K. West (SBN 191609)
    Joshua D.N. Hess (SBN 244115)
    DECHERT LLP
    45 Fremont Street, 26th Floor
    San Francisco, California 94105
    Telephone: (415) 262-4500
    hartley.west@dechert.com
    joshua.hess@dechert.com

   *Attorneys for Defendants Carlos Cashman, Arrowside*

*Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, and Cashman Family Investment II, LLC*

- 4 -
JOINT PROPOSED STATEMENT OF THE CASE
Case No.: 3:22-cv-02010-AMO