DECHERT LLP
Joshua D.N. Hess (SBN 244115)
WELTY, WEAVER & CURRIE, P.C.
Jack W. Weaver (Cal. Bar No. 278469)
MORGAN, BROWN & JOY, LLP
Gregory A. Manousos (admitted *pro hac* vice)
Jeffrey T. Collins (admitted *pro hac* vice)
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Joshua.Hess@dechert.com
jack@weltyweaver.com
gmanousos@morganbrown.com
jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman,*
*Arrowside Ventures, LLC Arrowside Capital,*
*LLC, Arrowside Fund GP, LLC, and Cashman*
*Family Investments II LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHANG,<br><br>                              Plaintiff,<br><br>        v.<br><br>CARLOS CASHMAN, et al.,<br><br>                              Defendants. | Case No. 3:22-cv-02010-AMO<br><br>**DEFENDANTS' PROPOSED VERDICT FORM**<br><br>Pretrial Conference: February 27, 2025<br>Location: Courtroom 10, 19th Floor, U.S. District Court, 450 Golden Gate, San Francisco, CA<br>Trial Date: Begins March 24, 2025 |

Pursuant to the Pretrial Order (Dkt. No. 185), Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, and Cashman Family Investments II LLC ("Defendants") submit the attached proposed verdict form.

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS,

CARLOS CASHMAN,
ARROWSIDE VENTURES, LLC,
ARROWSIDE CAPITAL, LLC,
ARROWSIDE FUND GP, LLC, and
CASHMAN FAMILY INVESTMENTS II, LLC,

By their attorneys,

*Gregory A. Manousos*

Gregory A. Manousos (admitted *pro hac vice*)
Jeffrey T. Collins (admitted *pro hac vice*)
MORGAN, BROWN & JOY, LLP
200 State Street, Suite 11A
Boston, MA 02109
P: (617) 523-6666
F: (617) 367-3125
E: gmanousos@morganbrown.com
jcollins@morganbrown.com

Dated: January 16, 2025

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

Please carefully read and complete this form in the order it is presented. Be sure to review the referenced jury instructions at the end of each question.

PHASE I – LIABILITY

**I.    OSTENSIBLE AGENT**

Plaintiff claims that Defendants are responsible for Tom Copeman's conduct because Copeman was Defendants' apparent agent.

1.  Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants intentionally or carelessly created the impression that Copeman was any Defendant's agent? *See Jury Instruction No. ___.*

| | | |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

If your answer is yes, proceed to Question 2. If your answer is no, proceed to Question 4.

2.  Has Plaintiff proved by a preponderance of the evidence that Plaintiff reasonably believed that Copeman was the agent of any of the following Defendants?

| | | |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

If your answer is yes, proceed to Question 3. If your answer is no, proceed to Question 4.

DEFENDANTS' PROPOSED VERDICT FORM                                    3:22-cv-02010-AMO

3.  Has Plaintiff proved by a preponderance of the evidence that Plaintiff reasonably relied on her belief that Copeman the agent of any of the following Defendants?

|  |  |  |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

After answering this Question 3, proceed to Question 4.

## II.    FRAUDULENT INDUCEMENT

4.  Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants falsely represented an offer for a partnership position at a yet-to-be-created venture capital fund to Plaintiff?  *See Jury Instruction No. ____.*

|  |  |  |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

If your answer is yes, proceed to Question 5.  If your answer is no, proceed to Question 9.

5.  Was the representation made by any of the following Defendants with knowledge of the falsity of the offer, or recklessly and without regard for its truth, when Defendants made the offer?  *See Jury Instruction No. ____.*

|  |  |  |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

1

Arrowside Fund GP, LLC      _____ Yes     _____ No

2

Arrowside Ventures, LLC      _____ Yes     _____ No

3

Cashman Family Investments II, LLC      _____ Yes     _____ No

4

If your answer is yes, proceed to Question 6.  If your answer is no, proceed to Question 9.

5

6

    6.  Was the representation made by any of the following Defendants with the intent to defraud,

7

        meaning, with the intent to induce Plaintiff's reliance on the representation?  *See Jury*

8

        *Instruction No. _____.*

9

Carlos Cashman      _____ Yes     _____ No

10

Arrowside Capital, LLC      _____ Yes     _____ No

11

Arrowside Fund GP, LLC      _____ Yes     _____ No

12

Arrowside Ventures, LLC      _____ Yes     _____ No

13

Cashman Family Investments II, LLC      _____ Yes     _____ No

14

If your answer is yes, proceed to Question 7.  If your answer is no, proceed to Question 9.

15

16

17

    7.  Did the Plaintiff justifiably rely on any of the following Defendants' representations?  *See*

18

        *Jury Instruction No. _____.*

19

Carlos Cashman      _____ Yes     _____ No

20

Arrowside Capital, LLC      _____ Yes     _____ No

21

Arrowside Fund GP, LLC      _____ Yes     _____ No

22

Arrowside Ventures, LLC      _____ Yes     _____ No

23

Cashman Family Investments II, LLC      _____ Yes     _____ No

24

If your answer is yes, proceed to Question 8.  If your answer is no, proceed to Question 9.

25

26

27

28

DEFENDANTS' PROPOSED VERDICT FORM         3:22-cv-02010-AMO

8.  Did the Plaintiff suffer damages as a result of any of the following Defendants' representations? *See Jury Instruction No. _____.*

        Carlos Cashman                           _____ Yes       _____ No

        Arrowside Capital, LLC                _____ Yes       _____ No

        Arrowside Fund GP, LLC             _____ Yes       _____ No

        Arrowside Ventures, LLC            _____ Yes       _____ No

        Cashman Family Investments II, LLC    _____ Yes       _____ No

After answering this Question 8, proceed to Question 9.

### III.    NEGLIGENT MISREPRESENTATION

9.  Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants misrepresented an offer for a partnership position at a yet-to-be-created venture capital fund to Plaintiff? *See Jury Instruction No. _____*

        Carlos Cashman                           _____ Yes       _____ No

        Arrowside Capital, LLC                _____ Yes       _____ No

        Arrowside Fund GP, LLC             _____ Yes       _____ No

        Arrowside Ventures, LLC            _____ Yes       _____ No

        Cashman Family Investments II, LLC    _____ Yes       _____ No

If your answer is yes, proceed to Question 10.  If your answer is no, proceed to Question 14.

10. Were any of the following Defendants' misrepresentations made without reasonable grounds for believing it to be true when it was made? *See Jury Instruction No. _____.*

        Carlos Cashman                           _____ Yes       _____ No

        Arrowside Capital, LLC                _____ Yes       _____ No

        Arrowside Fund GP, LLC             _____ Yes       _____ No

DEFENDANTS' PROPOSED VERDICT FORM                        3:22-cv-02010-AMO

Arrowside Ventures, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Cashman Family Investments II, LLC     \_\_\_\_ Yes     \_\_\_\_ No

If your answer is yes, proceed to Question 11.  If your answer is no, proceed to Question 14.

11. Were any of the following Defendant's misrepresentations made with intent to induce Plaintiff's reliance on an offer for a partnership position at a yet-to-be-created venture capital fund? *See Jury Instruction No. \_\_\_\_.*

Carlos Cashman      \_\_\_\_ Yes     \_\_\_\_ No

Arrowside Capital, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Arrowside Fund GP, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Arrowside Ventures, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Cashman Family Investments II, LLC     \_\_\_\_ Yes     \_\_\_\_ No

If your answer is yes, proceed to Question 12.  If your answer is no, proceed to Question 14.

12. Was Plaintiff ignorant regarding the truth of any of the following Defendant's offer for a partnership position at a yet-to-be-created venture capital fund and did she justifiably rely on the misrepresentations?  *See Jury Instruction No. \_\_\_\_.*

Carlos Cashman      \_\_\_\_ Yes     \_\_\_\_ No

Arrowside Capital, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Arrowside Fund GP, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Arrowside Ventures, LLC      \_\_\_\_ Yes     \_\_\_\_ No

Cashman Family Investments II, LLC     \_\_\_\_ Yes     \_\_\_\_ No

If your answer is yes, proceed to Question 13.  If your answer is no, proceed to Question 14.

DEFENDANTS' PROPOSED VERDICT FORM          3:22-cv-02010-AMO

13. Did Plaintiff suffer damages as a result of any of the following Defendant's misrepresentations? *See Jury Instruction No. _____.*

| | | | | |
|---|---|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

After answering this Question 13, proceed to Question 14.

## IV.    BREACH OF CONTRACT

14. Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants offered Plaintiff a partnership position at a yet-to-be-created venture capital fund? *See Jury Instruction No. _____.*

| | | | | |
|---|---|---|---|---|
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

If your answer is yes, proceed to Question 15.  If your answer is no, proceed to Question 21.

15. Did Plaintiff accept any of the following Defendant's offer of a partnership position at a yet-to-be-created venture capital fund? *See Jury Instruction No. _____.*

| | | | | |
|---|---|---|---|---|
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

If your answer is yes, proceed to Question 16.  If your answer is no, proceed to Question 21.

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

16. Did Plaintiff and any of the following Defendants enter into a contract for Plaintiff to serve as a partner at a yet-to-be-created venture capital fund? *See Jury Instruction No.* _____.

| | | |
|---|---|---|
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 17. If your answer is no, proceed to Question 21.

17. Was the contract between Plaintiff and any of the following Defendants contingent on the creation of an early-stage venture capital fund? *See Jury Instruction No.* _____.

_____ Yes      _____ No

If your answer is yes, proceed to Question 18. If your answer is no, proceed to Question 19.

18. Was an early-stage venture capital fund formed? *See Jury Instruction No.* _____.

_____ Yes      _____ No

If your answer is yes, Proceed to Question 19. If your answer is no, proceed to Question 21.

19. Did Plaintiff prove that any of the following Defendants breached a contract with Plaintiff concerning a partnership position at a yet-to-be-created venture capital fund by failing to perform their obligations under the contract? *See Jury Instruction No.* _____.

| | | |
|---|---|---|
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 20. If your answer is no, proceed to Question 21.

DEFENDANTS' PROPOSED VERDICT FORM                          3:22-cv-02010-AMO

20. Did Plaintiff suffer damages due to any of the following Defendant's breach of contract? *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

After answering this Question 20, proceed to Question 21.

### V.    PROMISSORY ESTOPPEL

21. Has Plaintiff proved by a preponderance of the evidence that any of the following Defendants promised Plaintiff a partnership position at a yet-to-be-created venture capital fund with clear and unambiguous terms? *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Carlos Cashman | _____ Yes | _____ No |
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 22. If your answer is no, proceed to Question 25.

22. Did Plaintiff rely on any of the following Defendant's promise for a partnership position at a yet-to-be-created venture capital fund? *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Carlos Cashman | _____ Yes | _____ No |
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

If your answer is yes, proceed to Question 23.  If your answer is no, proceed to Question 25.

23. Was Plaintiff's reliance on any of the following Defendant's promise reasonable and foreseeable?  *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Carlos Cashman | _____ Yes | _____ No |
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 24.  If your answer is no, proceed to Question 25.

24. Did Plaintiff suffer damages due to Plaintiff's reliance on any of the following Defendant's promise?  *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Carlos Cashman | _____ Yes | _____ No |
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

After answering this Question 24, proceed to Question 25.

## VI.    CALIFORNIA LABOR CODE §§ 201, 202 and 2926

25. Was Plaintiff employed by any of the following Defendants?  *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 26.  If your answer is no, proceed to Question 27.

DEFENDANTS' PROPOSED VERDICT FORM                           3:22-cv-02010-AMO

26. Do any of the following Defendants owe Plaintiff wages under the terms of the employment? *See Jury Instruction No. _____*.

| | | |
|---|---|---|
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

After answering this Question 26, proceed to Question 27.

## VII.    CALIFORNIA LABOR CODE § 2802

27. Was Plaintiff employed by any of the following Defendants? *See Jury Instruction No. _____*.

| | | |
|---|---|---|
| Carlos Cashman | _____ Yes | _____ No |
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 28.  If your answer is no, proceed to Question 31.

28. Did the Plaintiff make expenditures or incur losses as a direct consequence of the Plaintiff's discharge of her job duties or in obedience to the directions of any of the following Defendants? *See Jury Instruction No. _____*.

| | | |
|---|---|---|
| Carlos Cashman | _____ Yes | _____ No |
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 29.  If your answer is no, proceed to Question 31.

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

29. Were the expenditures necessary and reasonable in connection with her employment with any of the following Defendants? *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

If your answer is yes, proceed to Question 30.  If your answer is no, proceed to Question 31.

30.  Did any of the following Defendants fail to reimburse Plaintiff for the full amount of the expenditures? *See Jury Instruction No. _____.*

| | | |
|---|---|---|
| Carlos Cashman | ____ Yes | ____ No |
| Arrowside Capital, LLC | ____ Yes | ____ No |
| Arrowside Fund GP, LLC | ____ Yes | ____ No |
| Arrowside Ventures, LLC | ____ Yes | ____ No |
| Cashman Family Investments II, LLC | ____ Yes | ____ No |

After answering this Question 30, proceed to Question 31.

PHASE II - DAMAGES

If you answered Question 26 in the affirmative, answer the following:

31. What is the total amount of wages any of the following Defendants failed to pay Plaintiff?

| | |
|---|---|
| Arrowside Capital, LLC | $_____ |
| Arrowside Fund, GP LLC | $_____ |
| Arrowside Ventures, LLC | $_____ |
| Cashman Family Investments II, LLC | $_____ |

If you answered Question 26 in the affirmative, answer the following:

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO

32. Was any of the following Defendant's failure to pay wages upon separation of employment willful? *See Jury Instruction No.* _____.

|  | | |
|---|---|---|
| Arrowside Capital, LLC | _____ Yes | _____ No |
| Arrowside Fund GP, LLC | _____ Yes | _____ No |
| Arrowside Ventures, LLC | _____ Yes | _____ No |
| Cashman Family Investments II, LLC | _____ Yes | _____ No |

If your answer is yes, proceed to Question 33. If your answer is no, proceed to Question 34.

33. What was Plaintiff's daily wage rate at the time her employment ended?

$_____/day.

If you answered Question 30 in the affirmative, answer the following:

34. What was the total amount of expenditures any of the following Defendants failed to reimburse Plaintiff for?

| | |
|---|---|
| Carlos Cashman | $_____ |
| Arrowside Capital, LLC | $_____ |
| Arrowside Fund, GP LLC | $_____ |
| Arrowside Ventures, LLC | $_____ |
| Cashman Family Investments II, LLC | $_____ |

If you answered either of Questions 8, 13, 20, or 24 in the affirmative, answer the following, unless a footnote indicates otherwise:

4. [GM1]What is the total amount of damages Plaintiff proved by a preponderance of the evidence?

Compensatory damages for backpay due to employment with Defendants

$_____

DEFENDANTS' PROPOSED VERDICT FORM                                3:22-cv-02010-AMO

Compensatory damages for future lost wages with Founders Fund[1]

$_____

Compensatory damages for lost carried interest with Founders Fund[2]

$_____

If you answered Question 13 in the affirmative, answer the following:

36. Was Plaintiff's reliance on any Defendants' representation irrational or preposterous?  *See*

*Jury Instruction No. _____.*

_____ Yes          _____ No

If your answer is yes, proceed to Question 37.  If your answer is no, proceed to Question 38.

37. What percentage of responsibility for Plaintiff's harm do you assign to:

Stacy Chang                                    _____%

Carlos Cashman                            _____%

Arrowside Capital, LLC                 _____%

Arrowside Fund GP, LLC              _____%

Arrowside Ventures, LLC             _____%

Cashman Family Investments II, LLC        _____%

If you answered Question 8 in the affirmative, answer the following:

38. Do you award Plaintiff prejudgment interest?

_____ Yes          _____ No

---

[1] Do not answer if your answer to Questions 8 and 13 were in the negative.
[2] Do not answer if your answer to Questions 8 and 13 were in the negative.

DEFENDANTS' PROPOSED VERDICT FORM                        3:22-cv-02010-AMO

Once you have completed the entire verdict form, please sign and date it below. Then let the court attendant know that you are ready to present your verdict in the courtroom.

Dated:

_____

Jury Foreperson

DEFENDANTS' PROPOSED VERDICT FORM                    3:22-cv-02010-AMO