UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACY CHANG,<br><br>          Plaintiff,<br><br>     v.<br><br>CARLOS CASHMAN, et al.,<br><br>          Defendants. | Case No. 22-cv-02010-AMO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
|---|---|

Pursuant to Civil Local Rule 72-1, this matter is referred

    [ ]    for random assignment to a United States Magistrate Judge

    [x]    to United States Magistrate Judge Joseph C. Spero

to conduct a settlement conference as soon as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: January 17, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

*Rev. 10-18*