GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO |
| Plaintiff, | **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED** |
| vs. | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENT II LLC, | Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Action Filed: March 29, 2022<br>Trial Date: March 24, 2025 |
| Defendants. | |

Pursuant to Civil Local Rule 79-5, Plaintiff Stacy Chang files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Pursuant to the Stipulated Protective Order issued in this case (ECF No. 50), the materials sought to be sealed by this Administrative order

- 1 -

have been designated by third-party Founders Fund as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

The portions of the document sought to be sealed are contained in Exhibit A to the Declaration of Ashley Zitrin in Support of Plaintiff's Motion in Limine No. 2 (ECF No. 218)

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
|---|---|
| Exhibit A to the Declaration of Ashley Zitrin in Support of Plaintiff's Motion in Limine No. 2 (ECF No. 218) | The redacted / highlighted portions on pages 3-5, 7-11. |

DATED: January 31, 2025            Respectfully submitted,

By: ___*s/ Ashley Zitrin*___
    L. Reid Skibell (admitted *pro hac vice*)
    Trevor J. Welch
    Ashley Zitrin (Cal. Bar No. 262238)
    Lyn R. Agre (Cal. Bar No. 178218)
    Edward E. Shapiro (Cal. Bar No. 326182)
    Glenn Agre Bergman & Fuentes LLP
    580 California Street, Suite 1420
    San Francisco, CA 94104
    Telephone: (415) 599-0880
    rskibell@glennagre.com
    twelch@glennagre.com
    azitrin@glennagre.com
    lagre@glennagre.com
    eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*