GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| STACY CHANG,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENT II LLC,<br><br>                    Defendants. | Case No.: 3:22-cv-02010-AMO (DMR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED**<br><br>Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Action Filed: March 29, 2022<br>Trial Date: March 24, 2025 |

**[PROPOSED] ORDER**

The Court received Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed on January 31, 2025 and ORDERS as follows:

| Document | Dkt. No. Redacted Version | Dkt. No. Unredacted Version | Dkt. No. Decl. ISO | Party with Burden | Full or Partial Sealing | Br. Statement of Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Zitrin Declaration Exhibit A | ECF 218 | ECF 221-2 | ECF 222 | Third Party Founders Fund | Partial | Third Party Designated Confidential and OAEO | GRANTED |

IT IS SO ORDERED

Dated: ___February 10, 2025___

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT COURT JUDGE