# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 22-cv-02010-AMO (JCS)

**Case Name:** Chang v. Cashman

**Date:** February 13, 2025  **Time:** 4 Hours 46 M

**Deputy Clerk:** Karen Hom  **Digital Recording:** Sealed Liberty 2:41-2:46 (recorded on Liberty in Courtroom A)

**Attorney for Plaintiff:** Reid Skibell
**Attorney for Defendant:** Greg Manousos, Jack Weaver

## PROCEEDINGS

(X)  Settlement Conference - Held

    (X) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )  Further Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )  Telephonic Scheduling Conference to set Settlement Conference

( )  Further Telephonic Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Status Conference

( )  Other

**Notes:** Confidential settlement placed on the record. Counsel of record and parties of record may obtain a copy of the sealed transcript.