1  DECHERT LLP
   Joshua D.N. Hess (SBN 244115)
2  WELTY, WEAVER & CURRIE, P.C.
   Jack W. Weaver (Cal. Bar No. 278469)
3  MORGAN, BROWN & JOY, LLP
4  Gregory A. Manousos (admitted *pro hac* vice)
   Jeffrey T. Collins (admitted *pro hac* vice)
5  3554 Round Barn Blvd., Suite 300
   Santa Rosa, CA 95403
6  Telephone: (707) 433-4842
7  jack@weltyweaver.com
   gmanousos@morganbrown.com
8  jcollins@morganbrown.com

9  <u>Attorneys for Defendants Carlos Cashman,
   Arrowside Ventures, LLC Arrowside Capital,
10 LLC, Arrowside Fund GP, LLC and Cashman
   Family Investments II LLC</u>

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO |
| Plaintiff, | **JOINT STATEMENT REGARDING ANTICIPATED TIMING FOR FILING STIPULATION OF DISMISSAL** |
| vs. | |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENTS II LLC, | |
| Defendants. | |

The Parties anticipate that a Stipulation of Dismissal in this matter will be filed by April 4, 2025.

DATED: February 21, 2025

Respectfully submitted,

By: ___*/s/ Jeffrey T. Collins*___
    Gregory A. Manousos (admitted *pro hac vice*)
    Jeffrey T. Collins (admitted *pro hac vice*)
    MORGAN, BROWN & JOY, LLP
    200 State Street, Suite 11A
    Boston, MA 02109
    P: (617) 523-6666
    F: (617) 367-3125
    E: gmanousos@morganbrown.com
       jcollins@morganbrown.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures LLC, Arrowside Capital, LLC and Arrowside Fund GP, LLC, and Cashman Family Investments II LLC*

By: ___*/s/ Reid Skibell*___
    L. Reid Skibell (admitted *pro hac vice*)
    Trevor J. Welch (admitted *pro hac vice*)
    Ashley Zitrin (Cal. Bar No. 262238)
    Lyn R. Agre (Cal. Bar No. 178218)
    Edward E. Shapiro (Cal. Bar No. 326182)
    Glenn Agre Bergman & Fuentes LLP
    580 California Street, Suite 1420
    San Francisco, CA 94104
    Telephone: (415) 599-0880
    rskibell@glennagre.com
    twelch@glennagre.com
    azitrin@glennagre.com
    lagre@glennagre.com
    eshapiro@glennagre.com

*Attorneys for Plaintiff*

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

By: <u>    */s/ Jeffrey T. Collins*    </u>
Jeffrey T. Collins