GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG, | Case No.: 3:22-cv-02010-AMO (JCS) |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO DISMISS** |
| vs. | Dep't: Courtroom 10, 19th Floor |
| CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENT II LLC, | Judge: Hon. Araceli Martínez-Olguín<br>Status Conf.: April 10, 2025 at 10:30 a.m.<br>Action Filed: March 29, 2022 |
| Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, and Cashman Family Investment II, LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

1  **WHEREAS**, on February 13, 2025, Plaintiff and Defendants agreed to, and Magistrate Judge
2  Spero ordered, a confidential settlement resolving all claims in this Action (the "Settlement Order")
3  (ECF No. 224);

4  **WHEREAS**, on February 21, 2025, the Parties filed a joint statement that the anticipated date
5  on which they would stipulate to dismiss this Action was April 4, 2025 (ECF No. 226);

6  **WHEREAS,** on February 21, 2025, this Court Ordered the Parties file a stipulated dismissal
7  by April 4, 2025, and set a status conference for April 10, 2025 at 10:30 a.m. to be vacated upon the
8  Parties' filing a stipulation of dismissal (ECF No. 227) ("Order for Dismissal");

9  **WHEREAS,** there have been no previous requests for an extension to the Court's Order for
10 Dismissal;

11 **WHEREAS**, at all times the Parties have diligently and in good faith negotiated a confidential
12 Settlement Agreement to reduce to writing the Settlement Order;

13 **WHEREAS,** the Parties anticipate they will execute the confidential Settlement Agreement
14 resolving all claims in this matter by March 28, 2025;

15 **WHEREAS**, the Settlement Agreement requires that Defendants perform within thirty days
16 of the execution of the Settlement Agreement, and that Defendants' performance must be complete
17 prior to Plaintiff stipulating to dismiss the Action;

18 **WHEREAS**, the instant stipulation and supporting declaration of Ashley Zitrin was filed
19 seven or more days prior to the Court's deadline for the Parties to file a stipulation of dismissal , April
20 4, 2025, stated in the Court's Order for Dismissal;

21 **IT IS HEREBY AGREED AND STIPULATED** that:

22 The Parties shall file their stipulated dismissal no later than **April 28, 2025**;

23 A status conference is set for **May 8, 2025 at 10:30 a.m.**, or on a date and time most
24 convenient for the Court after April 28, 2025, which shall be vacated once the Parties file the required
25 stipulation of dismissal.

1  IT IS SO STIPULATED.

2  DATED: March 25, 2025

3                           By:    *s/ Ashley Zitrin*

                             L. Reid Skibell (admitted *pro hac vice*)
                             Trevor J. Welch (admitted *pro hac vice*)
                             Lyn R. Agre (Cal. Bar No. 178218)
                             Edward E. Shapiro (Cal. Bar No. 326182)
                             Ashley Zitrin (Cal. Bar No. 262238)
                             Glenn Agre Bergman & Fuentes LLP
                             580 California Street, Suite 1420
                             San Francisco, CA 94104
                             Telephone: (415) 599-0880
                             rskibell@glennagre.com
                             twelch@glennagre.com
                             lagre@glennagre.com
                             eshapiro@glennagre.com
                             azitrin@glennagre.com

                         *Attorneys for Plaintiff Stacy Chang*

                         By:    *s/ Gregory A. Manousos*

                             Jack W. Weaver (Cal. Bar No. 278469)
                             Welty, Weaver & Currie, P.C.
                             3554 Round Barn Blvd., Suite 300
                             Santa Rosa, CA 95403
                             Telephone: (707) 433-4842
                             jack@weltyweaver.com

                             Jeffrey Collins (admitted *pro hac vice*)
                             Gregory A Manousos (admitted *pro hac vice*)
                             Morgan Brown & Joy, LLP
                             200 State Street, Suite 11A
                             Boston, MA 02109
                             Telephone: (617) 523-6666
                             jcollins@morganbrown.com
                             gmarnousos@morganbrown.com

                             Hartley M.K. West
                             Joshua D.N. Hess
                             Matthew F. Williams
                             DECHERT LLP
                             45 Fremont Street, 26th Floor
                             San Francisco, California 94105
                             Telephone: (415) 262-4500

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO DISMISS
Case No.: 3:22-cv-02010-AMO (JCS)

hartley.west@dechert.com
joshua.hess@dechert.com
matthew.williams@dechert.com

*Attorneys for Defendants Carlos Cashman, Arrowside Ventures, LLC, Arrowside Capital, LLC, Arrowside Fund GP, LLC, and Cashman Family Investment II, LLC*

*PURSUANT TO THE STIPULATION, IT IS SO ORDERED.*

Dated:   March            , 2025

By: _____
      Hon. Araceli Martínez-Olguín
      United States District Judge

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO DISMISS
Case No.: 3:22-cv-02010-AMO (JCS)

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document was obtained from each of the signatories hereto.

By: *s/ Ashley Zitrin*
Ashley Zitrin