GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Edward E. Shapiro (SBN 326182)
L. Reid Skibell (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
eshapiro@glennagre.com
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY CHANG, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS CASHMAN, ARROWSIDE CAPITAL, LLC, ARROWSIDE FUND GP, LLC, ARROWSIDE VENTURES, LLC, and CASHMAN FAMILY INVESTMENT II LLC <br><br> Defendants. | Case No.: 3:22-cv-02010-AMO (JCS) <br><br> **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS** <br><br> Dep't: Courtroom 10, 19th Floor <br> Judge: Hon. Araceli Martínez-Olguín <br> Action Filed: March 29, 2022 <br> Status Conf.: May 8, 2025 |

Pursuant to Federal Rule of Civil Procedure 41, and Civil Local Rule 7-12, Plaintiff Stacy Chang and Defendants Carlos Cashman, Arrowside Capital, LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, Cashman Family Investment II, LLC ( "Defendants" and collectively with Chang, the "Parties") hereby stipulate and agree as follows:

1  **WHEREAS**, on February 13, 2025, Plaintiff and Defendants agreed to, and Magistrate Judge
2  Spero ordered, a confidential settlement resolving all claims in this matter (the "Settlement Order");

3  **WHEREAS**, on April 1, 2025, the Parties executed a final confidential Settlement Agreement
4  resolving all claims in this matter (the "Settlement Agreement");

5  **WHEREAS**, on April 15, 2025, Defendants completed their performance pursuant to that
6  agreement;

7  **WHEREAS**, upon completion of Defendants' performance pursuant to the Settlement
8  Agreement, the Parties agreed to release any and all claims against each other arising from the facts
9  and circumstances underlying this action;

10  **WHEREAS**, the stipulated dismissal is self-executing upon filing and does not require Court
11  approval. Wright & Miller, 9 <u>Fed. Prac. & Proc. Civ.</u> § 2363;

12  **WHEREAS**, the Parties have agreed that they are entitled to no further relief, payment of fees
13  or expenses, or any other remuneration other than that specifically agreed to in the Settlement
14  Agreement;

15  **NOW, THEREFORE**, pursuant to Federal Rule of Civil Procedure 41 and Civil L.R. 7-12,
16  the Parties, by and through their counsel of record, hereby stipulate and agree that:

17  1. Plaintiff hereby dismisses her action including all claims against all Defendants herein.

18  2. No Party is owed any further relief or remuneration, including attorneys' fees or costs,
19  related to this action.

20  **IT IS SO STIPULATED.**

22  DATED: April 17, 2025         By:  */s/ Reid Skibell*

     L. Reid Skibell (admitted *pro hac vice*)
     Trevor J. Welch (admitted *pro hac vice*)
     Ashley Zitrin (Cal. Bar No. 262238)
     Lyn R. Agre (Cal. Bar No. 178218)
     Edward E. Shapiro (Cal. Bar No. 326182)
     Glenn Agre Bergman & Fuentes LLP
     580 California Street, Suite 1420
     San Francisco, CA 94104

Telephone: (415) 599-0880
rskibell@glennagre.com
twelch@glennagre.com
azitrin@glennagre.com
lagre@glennagre.com
eshapiro@glennagre.com

*Attorneys for Plaintiff Stacy Chang*

DATED: April 17, 2025

By:   /s/ Gregory Manousos

Jack W. Weaver (Cal. Bar No. 278469)
Welty, Weaver & Currie, P.C.
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
jack@weltyweaver.com

Jeffrey Collins (admitted *pro hac vice*)
Gregory A Manousos (admitted *pro hac vice*)
Morgan Brown & Joy, LLP
200 State Street, Suite 11A
Boston, MA 02109
Telephone: (617) 523-6666
jcollins@morganbrown.com
gmarnousos@morganbrown.com

Hartley M.K. West (SBN 191609)
Joshua D.N. Hess (SBN 244115)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 262-4500
hartley.west@dechert.com
joshua.hess@dechert.com
matthew.williams@dechert.com

*Attorneys for Defendants Carlos Cashman, Arrowside Capital LLC, Arrowside Fund GP, LLC, Arrowside Ventures, LLC, and Cashman Family Investment II, LLC*

- 3 -
STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS
AGAINST ALL DEFENDANTS
Case No.: 3:22-cv-02010-AMO (JCS)

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document was obtained from each of the signatories hereto.

By: /s/ Ashley Zitrin
Ashley Zitrin